FILED

AUG 2 4 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>S U P E R S E D I N G</u> |
| | ) | <u>I N D I C T M E N T</u> |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | CASE NO.: <u>5:23CR322</u> |
| | ) | Title 21, United States Code, |
| ALFRED SANDERS, aka KING, | ) | Sections 841(a)(1), (b)(1)(A), |
| ALGYN M. KERNEY, aka CASH aka | ) | (b)(1)(B), (b)(1)(C), 843(b), and |
| SOUND, | ) | 846; Title 18, United States |
| MARIO M. RUPLE, | ) | Code, Sections 922(g)(1), |
| ALEX R. ANDRUS, aka AL, | ) | 924(a)(8), (c)(1)(A)(i) |
| ALFRED KERNEY, | ) | |
| ALLISON KITCHENS, aka ALI, | ) | |
| IDRIS JACKSON, | ) | |
| GERALD ANTER, aka GERRY, | ) | |
| ANTHONY MCCLINTICK, | ) | |
| DERRICK HENDERSON, | ) | |
| NASSER KAHOOK aka NORMAN, | ) | |
| RONNIE RADOVIC aka RON C, | ) | |
| COREY WRIGHT, | ) | |
| RAYCHAUN COLEMAN, aka RAY, | ) | |
| ANTONIO MCBRIDE, | ) | |
| | | |
| Defendants. | | |

<u>GENERAL ALLEGATIONS</u>

1.     At all times relevant to this Superseding Indictment, unless otherwise specified:

Before Defendant ALGYN M. KERNEY aka CASH aka SOUND, committed the offenses

charged in this Superseding Indictment, ALGYN M. KERNEY had a final conviction for a

serious drug felony, specifically, a conviction for Conspiracy to Distribute Heroin, in violation of

Title 21, United States Code, Section 846, in the United States District Court, Northern District

of Ohio, Case No. 1:14CR194, on or about June 1, 2015, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

2.    At all times relevant to this Superseding Indictment, unless otherwise specified: Before Defendant MARIO M. RUPLE committed the offenses charged in this Superseding Indictment, RUPLE had a final conviction for a serious violent felony, namely, a conviction under Ohio Revised Code, Section 2903.01(B), for Aggravated Murder, in Case Number CR-1991-12-2708-A, in the Summit County Court of Common Pleas, on or about March 31, 1992, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Superseding Indictment.

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C))

The Grand Jury charges:

3.    From on or about March 22, 2022, to on or about August 8, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants ALFRED SANDERS, aka KING; ALGYN M. KERNEY, aka CASH aka SOUND; MARIO M. RUPLE; ALEX R. ANDRUS, aka AL; ALFRED KERNEY; ALLISON KITCHENS, aka ALI; IDRIS JACKSON; GERALD ANTER, aka GERRY; ANTHONY MCCLINTICK; DERRICK HENDERSON; NASSER KAHOOK, aka NORMAN; RONNIE RADOVIC aka RON C; COREY WRIGHT; RAYCHAUN COLEMAN, aka RAY; and ANTONIO MCBRIDE, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to possess with intent to distribute and to

2

distribute a mixture and substance containing a detectable amount of fentanyl; methamphetamine (actual); a mixture and substance containing a detectable amount of methamphetamine; a mixture and substance containing a detectable amount of cocaine; a mixture and substance containing lysergic acid diethylamide (LSD); a mixture and substance containing a detectable amount of heroin; a mixture and substance containing a detectable amount of amphetamine; and a mixture and substance containing a detectable amount of oxycodone. As to Defendant ALFRED SANDERS, aka KING, this Defendant conspired to possess with the intent to distribute and to distribute at least 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). As to Defendant ALFRED SANDERS, aka KING, this Defendant conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of Heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). As to Defendant ALGYN M. KERNEY, aka CASH aka SOUND, this Defendant conspired to possess with the intent to distribute at least 1 gram or more of a mixture and substance containing Lysergic acid diethylamide (LSD), a Schedule I controlled substance, and at least 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). As to Defendant ALGYN M. KERNEY, aka CASH aka SOUND, this Defendant conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). As to Defendants ALGYN M. KERNEY, aka CASH aka

SOUND; MARIO M. RUPLE, RONNIE RADOVIC aka RON C; and ALEX R. ANDRUS, aka AL, those Defendants conspired to possess with the intent to distribute and to distribute at least 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). As to Defendant ALEX R. ANDRUS, aka AL, this Defendant conspired to possess with the intent to distribute and to distribute at least 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). As to Defendants ALFRED SANDERS, aka KING, and ALEX R. ANDRUS, aka AL, those Defendants conspired to possess with the intent to distribute and to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). As to Defendants ALFRED KERNEY; ALLISON KITCHENS, aka ALI; IDRIS JACKSON; GERALD ANTER, aka GERRY; and COREY WRIGHT; RAYCHAUN COLEMAN, aka RAY; and ANTONIO MCBRIDE, those Defendants conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). As to Defendants ALGYN M. KERNEY, aka CASH aka SOUND; IDRIS JACKSON; ANTHONY MCCLINTICK; DERRICK HENDERSON; NASSER KAHOOK, aka NORMAN; RONNIE RADOVIC, aka RON C; COREY WRIGHT; RAYCHAUN COLEMAN, aka RAY, those Defendants conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). As to Defendant

ALLISON KITCHENS, aka ALI, this Defendant conspired to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of amphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

4.  It was part of the conspiracy that:

A.  ALFRED SANDERS obtained quantities of cocaine for distribution to redistributors and customers who were part of the Drug Trafficking Organization ("DTO") in the Summit County, Ohio, area.

B.  ALFRED SANDERS distributed cocaine to RAYCHAUN COLEMAN, COREY WRIGHT, RONNIE RADOVIC, NASSER KAHOOK, ANTHONY MCCLINTICK, ALGYN M. KERNEY and ALLISON KITCHENS who redistributed the cocaine to customers in the Summit County, Ohio, area.

C.  ALFRED SANDERS obtained quantities of fentanyl for distribution to redistributors and customers who were part of the Drug Trafficking Organization ("DTO") in the Summit County, Ohio, area.

D.  ALFRED SANDERS distributed fentanyl to ALFRED KERNEY, MARIO M. RUPLE, GERALD ANTER, IDRIS JACKSON, COREY WRIGHT, ANTONIO MCBRIDE and RAYCHAUN COLEMAN, who redistributed the fentanyl to customers in the Summit County, Ohio, area.

E.  ALEX R. ANDRUS obtained quantities of cocaine and methamphetamine for distribution to redistributors and customers who were part of the Drug Trafficking Organization ("DTO") in the Summit County, Ohio, area.

F.      ALEX R. ANDRUS distributed cocaine and methamphetamine to ALFRED SANDERS who redistributed the cocaine and methamphetamine to customers in the Summit County, Ohio area.

G.      ALLISON KITCHENS obtained quantities of fentanyl for distribution to redistributors and customers who were part of the Drug Trafficking Organization ("DTO") in the Summit County, Ohio, area.

H.      ALLISON KITCHENS distributed fentanyl to ALFRED SANDERS, ALGYN M. KERNEY, and unknown drug customers in the Summit County, Ohio area.

I.      ALFRED SANDERS, ALEX R. ANDRUS, MARIO M. RUPLE, ALGYN M. KERNEY, and other members of the DTO possessed firearms to protect themselves their drugs, and their drug proceeds.

J.      DERRICK HENDERSON processed cocaine powder into cocaine base on behalf of ALFRED SANDERS.

K.      Conspirators used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages to communicate.

L.      Conspirators, when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases to obscure and disguise the true nature of their activities and the true meaning of their conversations.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

5.        In furtherance thereof, and to effect and conceal the existence of the conspiracy,

the Defendants and others performed acts in the Northern District of Ohio and elsewhere,

including but not limited to the following:

6.        On or about March 3, 2023, at approximately 5:33 p.m., ALFRED SANDERS

received a call from his father, ALFRED KERNEY.  During the call, ALFRED KERNEY told

SANDERS, "I'm trying to get uh, hooked up [purchase fentanyl pills]."  SANDERS replied "Ok,

ok, ok.  You trying to get hooked up [buy fentanyl pills] tonight?", to which ALFRED KERNEY

responded "Yeah if I can.  If you ain't too busy.  You know."

7.        On or about March 3, 2023, at approximately 10:36 p.m., MARIO M. RUPLE

sent ALFRED SANDERS a text message which read, "2400+760+20=3180 [ Total sum of drug

debts owed to SANDERS at the time]."

8.        On or about March 4, 2023, at approximately 2:36 p.m., ANTHONY

MCCLINTICK called ALFRED SANDERS.  During the call, MCCLINTICK told SANDERS

"Uh, I could be over at the house [xxx Alberti Court, Akron, Ohio] in... 15."  SANDERS replied,

"Ok, uh, nah it ain't, I know how you picky, but it [cocaine] ain't got that - it ain't got that look

like you like [cocaine quality]," and MCCLINTICK said to SANDERS "Is that a thing?"

SANDERS replied to MCCLINTICK and said, "It's not - I ain't, you waited too long, I need to

go get that [cocaine], I do got some [cocaine] and I could just give it to ya and you can tell me

what you can do with it [sell the cocaine], if not, you know what I mean?" and MCCLINTICK

responded, "Ok, alright."

9.        On or about March 5, 2023, at approximately 7:08 p.m., ALFRED SANDERS

called ANTHONY MCCLINTICK.  During the conversation MCCLINTICK said to SANDERS,

"Yeah, dude [drug customer] is still asking," before following up, "Dude still asking about nine [nine ounces of cocaine]."

10.     On or about March 6, 2023, at approximately 7:23 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone.  During the call, SANDERS told JACKSON, "I'm on the North [referring to his address located at xxx Alberti Court, Akron, Ohio]."  JACKSON said, "I mean I can come drop this [payment for a drug debt] off right now," and SANDERS replied "I would love that."  JACKSON told SANDERS, "I'll come [to xxx Alberti Court, Akron, Ohio] right now."

11.     On or about March 6, 2023, at approximately 7:25 p.m., ALFRED SANDERS, while at xxx Alberti Court, Akron, Ohio, called MARIO M. RUPLE on the telephone.  RUPLE said to SANDERS, "Yeah, I got you dog, I got some monies [payment for a drug debt] for you," and SANDERS replied, "I'm over here on the North [xxx Alberti Court] if you want to stop by." RUPLE said, "I'm already on to the North side."  At approximately 7:46 p.m., RUPLE arrived at xxx Alberti Court in his White Lincoln SUV, bearing Ohio registration JFL xxxx.  Shortly after, RUPLE walked up the driveway of xxx Alberti Court.  At approximately 7:50 p.m., RUPLE walked down the driveway and entered the White Lincoln SUV and departed the location.

12.     On or about March 6, 2023, at approximately 8:33 p.m., SANDERS received a call from GERALD ANTER on the telephone.  During the call SANDERS and ANTER had a discussion regarding complaints made by one of ANTER'S drug customers named L.S. (an individual known to the grand jury but not indicted herein). ANTER, complaining about L.S., said to SANDERS, "Then now I front these [fentanyl pills] to you [L.S.] and now all of a sudden you [L.S.] have complaints [drug quality]."

13.     On or about March 7, 2023, at approximately 11:58 p.m., ALFRED SANDERS received a call from NASSER KAHOOK on the telephone. KAHOOK told SANDERS "I need one [kilogram of cocaine]." And SANDERS said, "You need one [kilogram of cocaine]?" In response, KAHOOK said, "Yeah." SANDERS asked KAHOOK "You got some bread [money to pay for the cocaine]?" and KAHOOK said, "No, I don't have bread [money]." SANDERS told KAHOOK "You got to have something [payment] to put on it man," and KAHOOK said, "No. I will have some [money for cocaine] by this weekend." SANDERS told KAHOOK, "Alright.  Let me see.  Let me check.  Let me see what I got left [cocaine supply]."

14.     On or about March 7, 2023, at approximately 2:01 p.m, SANDERS made an outgoing telephone call to DERRICK HENDERSON on the telephone. HENDERSON asked SANDERS, "Hell yeah, what you got going on, though?", SANDERS replied, ". . . I had broke one of them [kilogram of cocaine] open, I'm about to take it [cocaine] over here this [person]." At approximately at 2:23 p.m., SANDERS left xxx Alberti Court, Akron, Ohio, and drove to ANDRUS' residence located at xxx Winans Avenue, Akron, Ohio.

15.     On or about March 8, 2023, at 3:40 p.m., DERRICK HENDERSON called ALFRED SANDERS on the telephone, while SANDERS was at xxx Alberti Court, Akron, Ohio.  During the call, SANDERS told HENDERSON, "I'm over here.", and SANDERS said, "Come, I mean you can stop by.  I need, I need you anyway." HENDERSON replied, "What you need me to do?", and SANDERS answered, "You know man, Chef Boyardee [cook crack cocaine]." HENDERSON asked, "Oh, why something, something new [new cocaine supply]?" SANDERS replied, "Ah, something we ain't broke open [new kilogram of cocaine]."

16.     On or about March 8, 2023, at approximately 4:24 p.m., ALFRED SANDERS called DERRICK HENDERSON on the telephone.  SANDERS asked, "What up?",

and HENDERSON asked, "**** [cocaine] over there? What you wanna do?" SANDERS
replied, "I'm here [xxx Alberti Court, Akron, Ohio]. At approximately 4:39 p.m., HENDERSON
arrived at xxx Alberti Court, in a gray Buick sedan. HENDERSON exited the vehicle and
walked up the driveway. At approximately 5:48 p.m., HENDERSON walked down the
driveway and entered his vehicle and departed the area.

17. On or about March 8, 2023, at approximately 5:09 p.m., ALFRED SANDERS
called ALEX R. ANDRUS on the telephone. ANDRUS stated, "Uh huh, he [NASSER
KAHOOK] just got his money back, but I told him I gotta get King [SANDERS] out the way
[pay drug debt], man. So give me my money, I gotta give it [drug payment] to King
[SANDERS]. Yeah, I go, I'm trying to give you three [$3,000], that way owe you 19 [$19,000]."

18. On or about March 8, 2023, at approximately 7:07 p.m., ALFRED SANDERS
received a text message from J.Y. (An individual known to the grand jury but not indicted
herein) on the telephone. In the message J.Y. asked SANDERS, "U don't have any hard [crack
cocaine] on u do u?" At approximately 7:07 p.m. SANDERS called J.Y. and asked, "You said
some hard [crack cocaine]?", and J.Y. replied, "Yeah." SANDERS said, "You talking about
crack [cocaine]?" and J.Y. confirmed.

19. On or about March 9, 2023, at approximately 10:22 a.m., ALFRED SANDERS
received an incoming call from DERRICK HENDERSON on the telephone. SANDERS asked,
"What did they [drug customers] say about that [crack cocaine]," adding, "what they say, did you
test the water [quality of crack cocaine] on that?" HENDERSON replied, "I don't know, it's
[crack cocaine] kind of mild [weak in quality] though." SANDERS replied, "That's crazy, the
girl said she wondered what I had tried cause she liked the taste."

20.     On or about March 9, 2023, at approximately 2:11 p.m., ALFRED SANDERS received a call from ALLISON KITCHENS on the telephone.  KITCHENS said, "Hey, it's Ali.", and SANDERS replied, "Hey, what's going on?" KITCHENS told SANDERS, "Nothing, we had to switch numbers up, so just call us on this."

21.     On or about March 11, 2023, at approximately 7:51 a.m., MARIO M. RUPLE sent a text message to ALFRED SANDERS on the telephone.  RUPLE told SANDERS, "You don't have to call back I'm at work I get off at 5 I gotta drop dis $ [money payment for drugs] on u when I get off cuzzo."

22.     On or about March 11, 2023, at approximately 11:23 a.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE told SANDERS, "I told you, I'm, I, I, I don't get off till five.  I said you ain't gotta call me back.  I called you this morning.  Said you ain't gotta call me back, but I gotta see you when I get off.  I got about seven-fifty [$750 drug debt payment] for you."

23.     On or about March 11, 2023, at approximately 1:21 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone. SANDERS said, "Hey so you getting one or two [ounces of cocaine]?", and COLEMAN, replied, "Probably get one [ounce of cocaine]." SANDERS said, "Ah you just paying me and you buying one or you just want the front [cocaine on consignment]?" and COLEMAN said, "I just kinda need the front [cocaine on consignment] . . . " SANDERS then told COLEMAN, "Alright."

24.     On or about March 13, 2023, at approximately 1:06 p.m., ALFRED SANDERS called ALEX R. ANDRUS on the telephone.  ANDRUS told SANDERS, "Come get this money [payment for drug debt].", and SANDERS replied, "And I'm bring you some more [drugs]." ANDRUS answered, "No. Come get this money. I don't want shit else."

25.     On or about March 13, 2023, at approximately 2:16 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  During the call KITCHENS stated, "Yes, it's crazy! It's all, it's been a whole bunch of s*** that's why I, I got rid of both of the other phones [concealment of activity].  You know, and everything else, like and I just switched over to another phone, so I just been moving real slow lately [limited drug sales]."  SANDERS asked KITCHENS, "What they was they saying about it [drug quality]?"  KITCHENS replied in part, "It was only that one dude that…had a problem with it [drug quality], but everybody else has been grabbing a little [buying cocaine].  Everybody else has been, ok with it, I just been moving slow, uh, just cause everything that had happened [selling cautiously due to law enforcement activity]."

26.     On or about March 14, 2023, at approximately 1:00 a.m., ALFRED SANDERS received a text message from ANTHONY MCCLINTICK on the telephone.  In the text message, MCCLINTICK told SANDERS, "Same thing tomorrow [same quantity of drugs]."

27.     On or about March 14, 2023, at approximately 2:03 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone.  ALGYN M. KERNEY said, "They [drug customers] don't like that, they like that's - that's - that's it that's that horrible.", and SANDERS replied, "What they mean by that?"  ALGYN M. KERNEY told SANDERS, "M*****f***** who smoke [crack cocaine users] don't like it."  SANDERS asked ALGYN M. KERNEY, "You cooked it [crack cocaine] all the way down?", and ALGYN M. KERNEY said, "Yep.  Say they don't like it."  SANDERS asked ALGYN M. KERNEY, "What they saying?", and ALGYN M. KERNEY said, "Say it got a horrible taste on it, it got like a horrible horrible taste on it.  But I can smell it on there it was like after, soon as I cooked it I smelled it and I'm like oh my God please don't tell me it's this as soon as I smelled it I'm like oh yeah this bad so then I even tried to

12

you know what I mean . . . know what I'm saying, ya know, um hum." SANDERS asked, "What they say on the powder [powder cocaine]?", and ALGYN M. KERNEY said, "Said it's gas [high quality cocaine]."  SANDERS said, "Said it's gas [high quality cocaine]."  ALGYN M. KERNEY said " . . . they was like it's way better it's better on the race car side [powder cocaine] but it's horrible dealing with all this smoke [crack cocaine] . . . it's like - it's like, don't get this, this what such and such, yeah this that, um hum."  SANDERS said, "Well just let me know man, try to - ah - see what this other one [cocaine batch] do," and ALGYN M. KERNEY said, "Alright, alright."

28.     On or about March 14, 2023, at approximately 4:27 p.m., ALFRED SANDERS received a call from GERALD ANTER on the telephone.  During the call, ANTER asked SANDERS, "Hey are you going to be by the office [xxx Alberti Court, Akron, Ohio]?" SANDERS confirmed that he was.   ANTER said, "Because I forgot to grab one [supply of fentanyl pills]," and SANDERS stated, "I thought you, I thought you was working it [drug debt] down?"  ANTER said, "I am.  What am I at? 12 or 13 [$12,000 or $13,000 debt]?", and SANDERS replied, "12 [$12,000], I believe." ANTER added, "Oh ya I need one [supply of fentanyl] though."

29.     On or about March 14, 2023, at approximately 4:38 p.m., ALFRED SANDERS received a call from ANTHONY MCCLINTICK on the telephone. SANDERS asked, "I said is you ready [resupply]? What's going on with you?" MCLINTICK replied, "Shit, just talkin' about the same thing [same quantity]." At approximately 5:02 p.m., SANDERS sent a text message to MCCLINTICK on the telephone.  In the text message SANDERS told MCCLINTICK, "How far." At approximately 5:06 p.m., MCCLINTICK called SANDERS on the telephone.  During this conversation MCCLINTICK said, "Well GPS says 11 minutes, bout

to be 10 in second." At approximately 5:18 p.m., MCCLINTICK arrived at xxx Alberti Court, Akron, Ohio, in a Chevy Malibu before speaking to SANDERS and advising, "I'm at the door."

30.    On or about March 14, 2023, at approximately 5:12 p.m., SANDERS received a phone call from MARIO M. RUPLE on the telephone.  During this conversation RUPLE said, "I got a band [$1,000] for you, where you want me to come to?", and SANDERS replied, "I'm on the north [xxx Alberti Court, Akron, Ohio]." At approximately 6:03 p.m., ALFRED SANDERS received a text message on the telephone from RUPLE.  In the text message, RUPLE told SANDERS, "810+2400+125=33335".  A few seconds later, RUPLE sent a second text message correcting the total to "3335 [$3,335 drug debt owed to SANDERS by RUPLE]" instead of "33335."

31.    On or about March 14, 2023, at approximately 7:54 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone. SANDERS said, "I need you.  Where you at?" ALGYN M. KERNEY replied, "Shit I'm in Akron on Paris [xxx Paris Avenue, Akron, Ohio]."

32.    On or about March 16, 2023, at approximately 12:14 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  During this call SANDERS asked RUPLE for money, and RUPLE replied, "I said I got four [$400], I got more than four [$400] for you, but I can't. I ain't got that in the bank [cash]." SANDERS said, "Oh, okay, well you can send me two [$200] real quick."  During the conversation, RUPLE agreed to send a $200 wire payment to SANDERS.

33.    On or about March 16, 2023, at approximately 12:20 p.m., RUPLE sent SANDERS a text message on the telephone and told SANDERS, "3135 [$3,135 new drug debt]."

34.    On or about March 16, 2023, at approximately 3:36 p.m., SANDERS called RAYCHAUN COLEMAN on the telephone.  SANDERS said, "Shit, I know you had said you had that for me [drug payment]." COLEMAN replied, "Yep," and later added, "I got some shrooms [psychedelic mushrooms] too.  He gave me two, uhh three QP's [Three, one-quarter pounds]." On or about March 16, 2023, at approximately 4:54 p.m., ALFRED SANDERS called D.S. (an individual known to the Grand Jury, but not indicted herein) on the telephone. SANDERS asked, "Hey ummm, you want the whole [ounce of cocaine] like you got yesterday?" D.S. replied, "No, no, an 8 [one-eighth ounce of cocaine].  But if you could chop it up, that would be good, like two, two different bags." SANDERS asked, "What an eight ball [one-eighth ounce of cocaine]?" D.S. replied, "Yeah, but 2 different bags." On or about March 16, 2023, at approximately 7:57 p.m. and 8:15 p.m., ALFRED SANDERS received two text messages from ANTHONY MCCLINTICK on the telephone.  In these messages, MCCLINTICK told SANDERS, "Same [quantity of cocaine], . . . Prob Sunday [when he would need resupply of cocaine from SANDERS]."

35.    On or about March 18, 2023, at approximately 12:26 p.m., ALFRED SANDERS called ALFRED KERNEY on the telephone.  ALFRED KERNEY told SANDERS, "You know I wanted to still, want to grab them [fentanyl pills] from you." SANDERS replied, "Uh huh, you want to meet me over there [xxx Alberti Court, Akron, Ohio]?" Later in the conversation, SANDERS and ALFRED KERNEY agreed to meet.

36.    On or about March 18, 2023, at approximately 12:58 p.m., ALFRED SANDERS received a phone call from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK asked, "What up?  I was seeing when you're free [resupply]." SANDERS replied, "Alright, try to put it [cocaine] together for you real quick."

15

37.     On or about March 18, 2023, at approximately 1:16 p.m., ALFRED SANDERS received a phone call from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK said, "But um, I'm waiting on my dude [drug customer] now uh, he said he supposed to be coming through.  You know what I'm saying, wit the rest of that [drug debt] so... whenever he get here I'll call you and meet up with you," and SANDERS agreed.

38.     On or about March 18, 2023, at approximately 2:20 p.m., ALFRED SANDERS received a call from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK said, "Yo, um, Imma be at my house in ten minutes, then, Imma head over to uh, north [xxx Alberti Court, Akron, Ohio]." SANDERS answered, "I'm enroute there." At approximately 3:06 p.m., MCCLINTICK's silver Chevrolet Malibu bearing Ohio registration HURxxxx arrived and parked in the driveway of xxx Alberti Court.   The vehicle departed at approximately 3:16 p.m.

39.     On or about March 20, 2023, at approximately 3:03 p.m., ALFRED SANDERS received a text message from MARIO M. RUPLE on the telephone.  In the text message, RUPLE said, "I got 500 for you today when I get off work cuzzo [drug debt]."

40.     On or about March 20, 2023, at approximately 3:04 p.m., ALFRED SANDERS called NASSER KAHOOK on the telephone.  KAHOOK said, "What kinda shit is that you make me go through?"  SANDERS asked KAHOOK, "What you talking about?"  KAHOOK said, "You know, you know, I supposed to get it [kilogram of cocaine] yesterday." SANDERS replied, "Huh?" KAHOOK said, "I supposed to get it [kilogram of cocaine] yesterday!  I got . . . So what you wanna do?" SANDERS replied, "Want me, I told you... you ready [prepared to receive supply of drugs]?"

41.     On or about March 20, 2023, at approximately 3:14 p.m., ALFRED SANDERS received a call from NASSER KAHOOK.  KAHOOK said, "I call you when I'm on the way."

SANDERS replied, "Alright, I'll be there [xxx Alberti Court, Akron, Ohio] waitin for ya."

KAHOOK said, "Have it [kilogram of cocaine] ready wrapped, so I keep, I keep going."

SANDERS said, "Say that again better." KAHOOK said, "Have it [kilogram of cocaine] ready,

so I keep going," and SANDERS replied, "Alright." At approximately 3:56 p.m., ALFRED

SANDERS received a call from NASSER KAHOOK who said, "I'm enroute."

42.      At approximately 4:11 p.m., a silver Toyota RAV4 bearing Ohio registration

GWPxxxx, registered to KAHOOK arrived at xxx Alberti Court, Akron, Ohio.  Approximately

one minute later, KAHOOK departed xxx Alberti Court, driving the Silver Toyota RAV4. At

approximately 4:18 p.m., SANDERS called KAHOOK on the telephone.  SANDERS said, "I

was tryin to sho, tell ya dat I, I had broken it [kilogram of cocaine] open, it wasn't wrapped, that's

all I was tryin to tell you." KAHOOK responded, "No, no, you're talking too much bro."

43.      On or about March 20, 2023, at approximately 6:25 p.m., ALFRED SANDERS

received a phone call from COREY WRIGHT on the telephone.  WRIGHT said, "Uh, seeing

what's up with you. Trying to see your face [purchase drugs] for real." SANDERS replied, "I'm

over here [xxx Alberti Court]."

44.      On or about March 21, 2023, at approximately 2:01 p.m., ALFRED SANDERS

called RAYCHAUN COLEMAN on the telephone.  COLEMAN said, "I got that chicken [drug

debt payment] for you. I'm 'bout to, I gotta pay this $1300. After I pay this, I'm gonna see what I

got left and I'm gonna pay you something." SANDERS replied, "Ok you said you had it [drug

debt] for me."

45.      On or about March 21, 2023, at approximately 4:12 p.m., ALFRED SANDERS

called ALLISON KITCHENS on the telephone.  SANDERS asked, "I'm just seeing if you have

bread [money payment for drugs] for me?" KITCHENS replied, "Oh, um I can put something together for you. I really, I mean I can put something together for you [drug payment]."

46.    On or about March 21, 2023, at approximately 4:59 p.m., ALFRED SANDERS called DERRICK HENDERSON on the telephone. HENDERSON asked, "Did you still have one of those things [resupply] for me, too?" SANDERS replied, "Uh huh."

47.    On or about March 22, 2023, at approximately 1:45 p.m., ALFRED SANDERS called RONNIE RADOVIC on the telephone. RADOVIC said, "My dude trying to pull up, you know what I'm saying? I told you yesterday he wanted to, you know what I mean [purchase drugs]?"

48.    On or about March 22, 2023, at approximately 5:32 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone. RUPLE told SANDERS, "I just come wherever you at, I just gotta give you some money."

49.    On or about March 22, 2023, at approximately 6:12 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone. SANDERS said, "Oh you still owe [drug debt]. You ain't bring me that bread [money]. You still owe that." JACKSON replied, "Oh yeah, oh shit, okay, well I got it, I got it." SANDERS responded, "Well I'd like to have it." JACKSON advised, "Alright, I can bring it to you."

50.    On or about March 22, 2023, at approximately 6:20 p.m., ALFRED SANDERS received a text message from MARIO M. RUPLE on the telephone. In the message, RUPLE told SANDERS, "2985 [$2,985 - the amount of money owed to SANDERS by RUPLE for drugs]."

51.    On or about March 23, 2023, at approximately 1:45 p.m., ALFRED SANDERS called COREY WRIGHT. WRIGHT said, "I was trying, I thought, you know what I mean,

seeing if you was back in motion [selling drugs] that's all." SANDERS replied, "Yep, I am."
WRIGHT responded, "I need to see you now, man [obtain drugs]." SANDERS said, "Well come
on, I'm over here [xxx Alberti Court, Akron, Ohio]." WRIGHT added, "Alright, I'm on my
way."

52.     On or about March 23, 2023, at approximately 1:56 p.m., ALFRED SANDERS
called RONNIE RADOVIC on the telephone. SANDERS said, "What your dude say about that
[quality of drugs]?" RADOVIC replied, "He ain't never called me back and say nothing. Shit,
I'm assuming it was alright. I ain't even tell him that it was different or nothing, you know what
I'm saying?" Later in the same call, RADOVIC asked, "What you want me to come get that
[drugs]?" SANDERS asked, "What?" RADOVIC replied, "What you gave me yesterday mother
f*****. Put something on my plate [front drugs]." SANDERS said, "You know, I ain't trying to
go too far in the hole [drug debt] with you bro." RADOVIC added, "Man, I've been down $9000
with you, man."

53.     On or about March 23, 2023, at approximately 5:13 p.m., ALFRED SANDERS
called RAYCHAUN COLEMAN.  COLEMAN said, "You got a zip [ounce of cocaine]?"
SANDERS replied, "Not on me." COLEMAN replied, "I need a zip-aroni [ounce of cocaine]
you hear me?" SANDERS responded, "Yeah."

54.     On or about March 23, 2023, at approximately 9:55 p.m., ALFRED SANDERS
received a text message from ANTHONY MCCLINTICK on the telephone.  In the message
MCCLINTICK told SANDERS, "Ready [indicating that he was ready to receive a supply of
drugs]."

55.     On or about March 24, 2023, at approximately 9:13 a.m. and 10:46 a.m.,
ANTHONY MCCLINTICK and ALFRED SANDERS had a conversation by text message on

the telephone.  MCCLINTICK asked SANDERS, "Got me [resupply] later?", and SANDERS
replied, "Yeah."

56.     On or about March 24, 2023, at approximately 12:57 p.m., ANTHONY
MCCLINTICK called ALFRED SANDERS on the telephone.  SANDERS asked
MCCLINTICK, "You ready [prepared to receive supply of drugs]?", and MCCLINTICK replied,
"Yeah."  SANDERS said, "Alright, I'm about to go, uh, I'm going to call you so you can be on
your way while I go put it [cocaine] together."  MCCLINTICK, said, "Alright, how long you
thinking roughly?" SANDERS replied, "About 40 [minutes] that long."

57.     On or about March 24, 2023, at approximately 12:58 p.m., ALFRED SANDERS
called COREY WRIGHT on the telephone.  WRIGHT asked SANDERS, "You in the area?"
SANDERS said, "Yep. I'm 'bout to be there [xxx Alberti Court, Akron, Ohio] in like ten to
fifteen minutes." WRIGHT replied, "That's perfect, shit I'll be over there [xxx Alberti Court]
then."

58.     On or about March 24, 2023, at approximately 1:40 p.m., ALFRED SANDERS
called ALEX R. ANDRUS on the telephone. SANDERS stated, "Yo I need to stop by xxx
Winans Avenue, Akron, Ohio] real quick." ANDRUS replied, "Go to sleep." SANDERS added,
"No dog, I need you [resupply]." ANDRUS responded, "I'm here [xxx Winans Ave.]."

59.     On or about March 24, 2023, at approximately 2:39 p.m., ALFRED SANDERS
called ANTHONY MCCLINTICK on the telephone.  SANDERS said, "You know where the
barbershop is on East Market across from the Burger King?" MCCLINTICK replied, "I think."
Later in the conversation, SANDERS and MCCLINTICK agreed to meet at the barbershop.

60.     On or about March 24, 2023, at approximately 2:51 p.m., ANTHONY
MCCLINTICK called ALFRED SANDERS on the telephone.  SANDERS asked, "Yo, you there

[barbershop] already?", and MCLINTICK replied, "I'm like three minutes away. I was seeing how far you were." SANDERS answered, "I'm like five minutes away. My girl just made me stop somewhere." MCCLINTICK asked, "Do I have time to hit the Burger King drive through?", and SANDERS said, "Yeah go ahead." At approximately 2:59 p.m., MCCLINTICK called SANDERS on the telephone. MCCLINTICK asked, "You in the Jeep?", and SANDERS replied, "Here I come." MCCLINTICK said, "I'm between this white Honda SUV and this gray passenger."

61.     On or about March 24, 2023, at approximately 6:49 p.m., ALFRED SANDERS received a phone call from RONNIE RADOVIC on the telephone. RADOVIC said, "Shit, my white boy that came through [purchased drugs] the other day." SANDERS said, "Uh huh." RADOVIC added, "He trying to come through [purchase drugs] again when he get off work but you gonna be out the way. At like ten?" SANDERS replied, "Oh yeah?" RADOVIC said, "Yeah, I mean he only want ten [grams of cocaine], you know what I'm saying? I mean if he come I'll have it [drug payment] for you, or if not, I'll get you back, get him back tomorrow, feel me?" SANDERS replied, "Alright." RADOVIC added, "I just don't want to miss my little couple dollars [drug proceeds], I need that shit badder than a mother f*****."

62.     On or about March 24, 2023, at approximately 7:56 p.m., ALFRED SANDERS received a call from COREY WRIGHT on the telephone. WRIGHT told SANDERS, "I'm about to pull up there [xxx Alberti Court, Akron, Ohio] right now like I'm trying to pull there to you." SANDERS replied, "Hurry up, I was just about to leave." WRIGHT added, "Don't move I'm coming [to obtain resupply]."

63.     On or about March 25, 2023, at approximately 2:41 p.m., ALFRED SANDERS received a call from GERALD ANTER on the telephone. ANTER said, "I wanted to give you

what, you know that five [drug payment], you know the, you know…that little bit of, that little

bit of it. You know what I'm saying?", and SANDERS replied, "Okay." ANTER said, "Yeah,

and pick up another little bit of it [fentanyl pills]."

64.     On or about March 26, 2023, at approximately 3:25 p.m., ALFRED SANDERS

called  RONNIE RADOVIC on the telephone who said, "I'm just gonna meet you north [xxx

Alberti Court, Akron, Ohio] cause my dude [drug customer] on the way." SANDERS responded,

"How long you talking?" RADOVIC said, "Shit, he about to pull up."

65.     On or about March 26, 2023, at approximately 4:34 p.m., ALFRED SANDERS

received an incoming text message from Ohio Edison.   The alert message told SANDERS,

"PAYMENT ALERT Acct: xxx JULIEN AVE Amt: 112.34 due on 03/31."

66.     On or about March 26, 2023, at approximately 4:41 p.m., ALFRED SANDERS a

phone call from COREY WRIGHT on the telephone.  WRIGHT said, "Shit, I'm trying to see my

dude [resupply]." SANDERS replied, "Alright, I got that [drugs] on me." WRIGHT said,

"Alright, I'm about to come see you."

67.     On or about March 27, 2023, at approximately 4:38 p.m., ALFRED SANDERS

received a phone call from COREY WRIGHT on the telephone.  WRIGHT said, "Hey man you

know that demo switch that they talking shit [drug quality] cuz?" SANDERS said, "You said

what?" WRIGHT added, "I say you know all my peoples [drug customers] were talking slick."

SANDERS responded, "Oh." WRIGHT went on, "That part, whatever, however you know what

I mean. That [drug quality] ain't the same. They talking mad mitch."

68.     On or about March 27, 2023, at approximately 5:05 p.m., ALFRED SANDERS

received a call from ALFRED KERNEY on the telephone.  ALFRED KERNEY asked, "Are still

situated with some of them [fentanyl pills]?" SANDERS replied, "Yeah I am, but you know."

ALFRED KERNEY responded, "Then hold on?" SANDERS said, "Well I was trying to hold on, there's just gonna be a little more then, you know what I'm saying?" Later in the conversation ALFRED KERNEY asked, "What you want now?" SANDERS replied, "I'll take ten [$10 per pill]."

69.     On or about March 27, 2023, at approximately 6:10 p.m., ALFRED SANDERS called ALFRED KERNEY on the telephone. ALFRED KERNEY said, "I wasn't really quite ready [resupply] just right this." SANDERS replied, "Oh okay okay." ALFRED KERNEY added, "Yeah, yup, I want that though. I just you know."

70.     On or about March 27, 2023, at approximately 8:01 p.m., ALFRED SANDERS placed an outgoing phone call to ALLISON KITCHENS. SANDERS said, "So what's going on with that?" KITCHENS replied, "He told me to bring it [cocaine] back to you [cocaine quality]." SANDERS said, "What the, okay okay." KITCHENS replied, "I will just set it out, the rest, it's not quite done." SANDERS said, "Okay, what about all them blue things [fentanyl pills]?" KITCHENS replied, "I've got those." SANDERS asked, "Oh you've got some of them?" KITCHENS acknowledged, "Yeah." SANDERS responded, "Okay, okay, I'm probably going to be needing some more [resupply]." KITCHENS replied, "Okay just let me know if you need something else."

71.     On or about March 27, 2023, at approximately 8:34 p.m., ALFRED SANDERS placed an outgoing phone call to IDRIS JACKSON on the telephone. JACKSON said, "I can shoot through. Bring you some money." SANDERS said, "You can meet me at the house [xxx Alberti Court, Akron, Ohio]." JACKSON responded, "Okay, I still want to grab some of those [fentanyl pills], too." SANDERS said, "Okay, I'll just bring them."

72.     On or about March 28, 2023, at approximately 7:32 p.m., ALFRED KERNEY called ALFRED SANDERS on the telephone.  ALFRED KERNEY said, "Well, I was trying to get an ounce if it's good, cheap." SANDERS replied, "I mean I got some plow for like $700." ALFRED KERNEY replied, "Aww nah, I was just trying to get an ounce, man." SANDERS said, I got an ounce [ounce of marijuana]."

73.     On or about March 30, 2023, at approximately 10:49 a.m., ALFRED SANDERS received a phone call from ALLISON KITCHENS on the telephone. SANDERS asked, "What did you want to do with that [cocaine]?" KITCHENS answered, "Yeah, he told me just to bring it [cocaine] back." SANDERS asked, "What, you going to bring it back?" KITCHENS replied, "Just little by little been going [cocaine sales] like that." SANDERS asked, "So you just going to bring back the half [drug supply] you ain't pay for?"  KITCHENS answered, "Yeah, that's what he told me to do. You know, push a little out [sell the cocaine], but other than that just bring back the other half. Cause it f***s a lot of money up I don't really have." SANDERS said, "Okay, so when you want to do that?" KITCHENS asked, "Did you find anything else [higher quality cocaine]?" SANDERS answered, "I'm about to be getting something else [resupply]. Something else about to be coming through, that's why I'm trying to tidy up this little."

74.     On or about March 31, 2023, at approximately 2:23 p.m., ALFRED SANDERS placed an outgoing phone call to ALFRED KERNEY on the telephone.  ALFRED KERNEY said, "Why don't you bring some of them things [fentanyl pills], so I can get 'em." SANDERS said, "Alright." ALFRED KERNEY asked, "Coming through?" SANDERS agreed. On or about March 31, 2023, at approximately 4:48 p.m., ALFRED SANDERS placed an outgoing phone call to S.O. (an individual known to the Grand Jury, but not indicted herein) on the telephone. SANDERS asked S.O., "Hey.  What's going on?", and S.O. replied, "Nothing.  I just wanted to

give you a call. I just want to, I, I got about half that thing [cocaine] left still." SANDERS said, "Uh huh." S.O. said, "I, I honestly don't care for it [drug quality]. I don't know if you gotten any other negative feedback or nothing but. Have you heard anything like that?" SANDERS said, "Naw (stammers), not really um. Everybody my way is liking it. You say you don't like it?" S.O. said, "It just, I don't think it was um, it, it didn't have much um, potency. It didn't do as well [drug potency] as what it should be doing. And then, I've just got like super um sick, like the day afterwards. I'm like, then I was down in bed for like a couple days with like (UI), like throat and nose and ear stuff. I mean it could of been illness too but I, I think it was kind of, the origin was that. That's the way I felt, I mean, but." SANDERS said, "OK so let me um. Just hold tight. Let me see if I um, let me get with my other peoples and see um, I can switch you out."

75. On or about April 1, 2023, at approximately 11:43 a.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone. SANDERS asked, "You need me to come out there or you coming here?" COLEMAN said, "Come out here. I'm cashing out [paying drug debt] when you get here." SANDERS said, "Alright." COLEMAN added, "Why don't you bring one [ounce of cocaine]."

76. On or about April 1, 2023, at approximately 3:59 p.m., ALFRED SANDERS phone call to MARIO M. RUPLE on the telephone. RUPLE said, "I'm going to need to come see you [resupply] in a few minutes. I'm waiting on somebody [drug customer] right now, then I'm gonna need to come see you."

77. On or about April 1, 2023, at approximately 6:37 p.m., ALFRED SANDERS received a phone call from ANTHONY MCCLINTICK on the telephone. SANDERS said, "First thing in the morning [resupply]?" MCCLINTICK answered, "Yeah 'cause I'm sitting duck [out of drugs] right now. High and dry."

78.     On or about April 3, 2023, at approximately 4:57 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  ANTER said to SANDERS, "I want to stop by Laurie's house [drug customer] and then I want to come see you at the office [xxx Alberti Court, Akron, Ohio]."

79.     On or about April 3, 2023, at approximately 6:50 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.    SANDERS said, "And I need some, umm, them, you know, little, them little blue boys [fentanyl pills]."  KITCHENS said, "Ok. Umm, like how many?"  SANDERS responded, "Umm…"  KITCHENS replied, "So I know what to bring."  SANDERS said, "Umm … thousand."  KITCHENS replied, "Ok, that's fine."  SANDERS said, "Oh, how that fine or what?"  KITCHENS replied, "Yeah, it just left me short [drug stash], but (both talking) …"  SANDERS said, "Well, just do 500, just do 500 [fentanyl pills]," and KITCHENS replied, "Ok."  SANDERS said, "Alright," and KITHCENS replied, "I'm 'bout to head that way now [drug stash location], so, just let me know how much you want so I get there, so I can figure out where to meet you."  SANDERS said, "Ok," and KITHCENS replied, "Alright."

80.     On or about April 4, 2023, at approximately 5:54 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.    COLEMAN told SANDERS, "I need a whole thing [ounce of cocaine]."  COLEMAN arranged to send someone to pick it up and SANDERS asked, "Oh, but he ain't got the money though [payment for cocaine]."  COLEMAN replied, "No, just front. I paid you, then I did another one [ounce of cocaine]. I'm paying for the camper right now, I don't want to cash out [pay for the cocaine up front]."

81.     On or about April 4, 2023, at approximately 8:25 p.m., ALFRED SANDERS received a text message from ALLISON KITCHENS on the telephone.  KITCHENS told SANDERS, "If you want to swing by the house.".

82.     On or about April 5, 2023, at approximately 10:30 a.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS said, "Ok when can we link?", and KITCHENS replied, "Ah, we can link right after that, did you need me to come to you or you able to come to the house?"  SANDERS said, "If you can come to me that would be beautiful." KITCHENS said, "Ok I'll call you once I get out of the school."  SANDERS said, "Ok don't forget about me and remember I need some of them [fentanyl pills]," and KITCHENS replied, "Yeah I got them all together."  SANDERS said, "Alright."

83.     On or about April 5, 2023, at approximately 11:42 a.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  KITCHENS advised that she finished her conference.  SANDERS stated, "I'm over there on the north [xxx Alberti Court, Akron, Ohio]," to which KITCHENS replied, "Ok I think I remember how to get there."  KITCHENS advised she would be there in approximately ten minutes.

84.     On or about April 5, 2023, at approximately 12:43 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  During the conversation, SANDERS indicated that he was about to stop by ALGYN M. KERNEY'S residence.

85.     On or about April 5, 2023, at approximately 12:45 p.m., ALFRED SANDERS received a call from ALLISON KITCHENS on the telephone.  KITCHENS asked, "Hello, how long are you going to be?" SANDERS said, "5 minutes." KITCHENS replied, "Oh I'll head back over there then." At approximately 12:51 p.m., KITCHENS turned onto xxx Paris Avenue, Akron, Ohio.  At approximately the same time, SANDERS called KITCHENS who advised,

"I'm coming up the street right now." SANDERS asked, "You talking about Paris, right?" KITCHENS acknowledged she was. KITCHENS parked in the driveway. SANDERS arrived at xxx Paris Avenue and parked in the street. SANDERS entered the side door of xxx Paris Ave. SANDERS exited xxx Paris Ave and then entered the passenger side of KITCHENS' vehicle for a short time before she departed.

86.     On or about April 5, 2023, at 2:05 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone. RUPLE said, "Yeah I'm a uhh, when I take Si, when I take Si to uh Karate, I'm a bring you some money [to pay drug debt]." SANDERS replied, "Alright hit me up." RUPLE stated, "That's like around 6, you know what I mean."

87.     On or about April 5, 2023, at approximately 2:57 p.m., ALFRED SANDERS called RONNIE RADOVIC on the telephone. SANDERS said, "How long you think you are about to be?" RADOVIC replied, "Shit my girl she pulling up, she about to be pulling up. Then I'm just gonna come straight over there. I told my dude [drug customer] to just meet me there [xxx Alberti Court, Akron, Ohio]."

88.     On or about April 5, 2023, at approximately 3:13 p.m., ALFRED SANDERS received a call from ALGYN M. KERNEY on the telephone. SANDERS said, "Shoot, that, that, that was OK then, huh [drug quality]?" ALGYN M. KERNEY said, "Uhhh, I ain't really even get to." SANDERS said, "Oh, oh.", and ALGYN M. KERNEY replied, "I wasn't around. You know what I mean? I didn't get to ask nobody [drug customers] but they callin' me back, so."

89.     On or about April 5, 2023, at approximately 6:38 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone. SANDERS stated, "I'm five minutes from there." RUPLE replied, "Five minutes? Alright," followed by, "I'll leave now."

28

90.     On or about April 5, 2023, at approximately 6:53 p.m., RUPLE arrived at xxx Alberti Court, Akron, Ohio, in his white Lincoln SUV and pulled in the driveway.  RUPLE departed at approximately 6:55 p.m.

91.     On or about April 5, 2023, at approximately 6:56 p.m., SANDERS sent RUPLE a text message and said, "2760 [referring to a $2,760 drug debt owed to SANDERS by RUPLE]" and at approximately 7:10 p.m., RUPLE sent SANDERS a text message and replied, "Ok."

92.     On or about April 6, 2023, at approximately 4:36 p.m., ALFRED SANDERS called RONNIE RADOVIC on the telephone.   RADOVIC asked, "How many of them [fentanyl pills], what's the name, you got left?" SANDERS said, "I don't know. I only sold what you had did." RADOVIC replied, "Oh that twenty [fentanyl pills]? Oh okay, alright. I'm probably about to come through and grab five of them."

93.     On or about April 6, 2023, at approximately 5:23 p.m., ALFRED SANDERS received a call from GERALD ANTER on the telephone.  ANTER said, "I'm a see if my dude [drug customer] needs something, too, that's another reason." SANDERS replied, "Oh but you ain't ready on nothing else [resupply] though, right?" ANTER answered, "No, not yet. Tomorrow." SANDERS said, "Okay." ANTER followed, "Yeah, no, no, no, tomorrow on that [resupply]. I'll have your gift [drug payment] for you."

94.     On or about April 8, 2023, at approximately 7:56 a.m., ALFRED SANDERS received a call from NASSER KAHOOK. SANDERS asked, "Where you at?", and KAHOOK replied, "I'm in Akron." SANDERS said, "What time do you want me to come through there [collect payment for drug debt]?" KAHOOK said, "Ah.  Let me check.  I just got dark and I'm picking up the coffee.", and SANDERS replied, "Ok." KAHOOK said, "You know I'm, you

29

know I'm good [able to make drug payment]."  SANDERS inquired, "It's for sure though?", and KAHOOK replied, "Yeah yeah."

95.     On or about or about April 8, 2023, at approximately 3:39 p.m., ALFRED SANDERS called NASSER KAHOOK on the telephone.   KAHOOK said, "We ran low on cash, at the zip mart."  SANDERS said, "Ohh."  KAHOOK said, "Can you bear with me until tomorrow morning?"  SANDERS, said "I guess man.  I got no choice, right?"  KAHOOK said, "I'm trying to move right now. I owe you $2,400 now, right?"  SANDERS said, "No, $3,400 [drug debt]."  KAHOOK said, "Or I'm sorry, $3,400."  SANDERS said, "Yep."  KAHOOK said, "Yeah, I'm sorry."  SANDERS said "Alright."

96.     On or about April 9, 2023, at approximately 5:40 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.   RUPLE said, "I got a little bit of money now, but I'll $300 or $400 more tomorrow." SANDERS replied, "I'll see you tomorrow."

97.     On or about April 10, 2023, at approximately 3:40 p.m., ALFRED SANDERS received a call from NASSER KAHOOK on the telephone.  SANDERS asked, "What's goin' on?"  KAHOOK replied, "I am waiting for his call [drug customer], I'm gonna go get you, ok? I'm gonna get you today bro [pay drug debt]."

98.     On or about April 10, 2023, at approximately 4:36 p.m., ALFRED SANDERS received a call from Z.M. (an individual known to the Grand Jury, but not indicted herein) on the telephone. Z.M. asked, "What did you give me? (U/I) it looks like, cause it, it's like a little yellow [drug quality]." SANDERS answered, "Oh ... talking about the coke?  That's coke [cocaine]."

99.     On or about April 10, 2023, at approximately 6:14 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone. SANDERS asked, "Hey what, uh, what was you

talking about? I just prolly bring it your way?" JACKSON answered, "Like 25 of those [fentanyl pills] and, and a 20 of the other stuff [cocaine]." At approximately 6:54 p.m., SANDERS called JACKSON and stated, "I'm out here [drug delivery]." JACKSON replied, "Okay, I'll come out."

100.    On or about April 10, 2023, at approximately 7:08 p.m., ALFRED SANDERS had a phone call with MARIO M. RUPLE on the telephone.  RUPLE said, "I got like five [$500 drug debt] for you now, I was waiting on somebody else [drug customer] but they taking…" SANDERS asked, "Where you at?" RUPLE replied, "Home [xxx E. Ido, Akron, Ohio]." SANDERS said, "I'm about to come through there." RUPLE replied, "Alright."

101.    On or about April 10, 2023, at approximately 7:59 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone. SANDERS stated, "Hey, you never told me the um, you never told me the read on that [drug quality]?" ALGYN M. KERNEY replied, "Which one [drug supply], the last one?" SANDERS answered, "Yeah." ALGYN M. KERNEY said, "It was cool, but I ain't, I ain't go hard, I ain't really, I wasn't…" SANDERS said, "Oh, okay."

102.    On or about April 10, 2023, at approximately 10:01 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone. SANDERS asked, "Hey, you have that, you have a little something [drug debt payment] for me?" COLEMAN answered, "Yeah I got something [drug debt] for you." SANDERS said, "Alright," before COLEMAN added, "But I want some more [cocaine]."

103.    On or about April 11, 2023, at approximately 11:46 a.m., ALFRED SANDERS called NASSER KAHOOK on the telephone.  KAHOOK said, "What up man?  I'm hounding him like a motherfu**er but if he [drug customer] doesn't come up with it [drug supply payment] today I'll give it to you tomorrow.  For sure.  Ok?  I still get product [cocaine]." SANDERS replied, "Alright."

104.    On or about April 11, 2023, at approximately 2:05 p.m., ALFRED SANDERS and NASSER KAHOOK had another conversation on the telephone.  KAHOOK said, "Yeah King [ALFRED SANDERS] ", and SANDERS replied, "Yeah, you get any news?"  KAHOOK said, "He's [drug customer] not answering, but I'll cover [drug debt payment] you if he doesn't come by today, I'll cover you tomorrow, I took responsibility."  SANDERS said, "Yeah, my son in jail, I got to get him out on bond and shit."

105.    On or about April 11, 2023, at approximately 6:38 p.m., ALFRED SANDERS called GERALD ANTER on the telephone. During the call, ANTER stated, "Hold on this is R**** [R.W. – a drug customer known to the Grand Jury, but not indicted herein], this is, this is, let me call you back. This is senior." At approximately 6:43 p.m., ANTER called SANDERS on the telephone.  SANDERS asked, "What's going on?" ANTER replied, "Nothing, I'm waiting to run home because senior [R.W.] is coming by." SANDERS said, "Yeah?" ANTER replied, "Yeah. I thought he seen your cousin [MARIO M. RUPLE]?"  SANDERS said, "I don't know."

106.    On or about April 11, 2023, at approximately 7:56 p.m., RAYCHAUN COLEMAN called ALFRED SANDERS on the telephone.  COLEMAN asked, "You got any nine [9 mm] bullets?" SANDERS replied, "Uh, yep." COLEMAN said, "I need some nine bullets, I'll buy some from you. I neem 'em." SANDERS answered, "Yep." Later in the same phone call, COLEMAN asked, "Well how much do I owe you? Five-five, right [drug debt]?" SANDERS replied, "Yep."

107.    On or about April 12, 2023, at approximately 12:45 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  ANTER said, "I was waitin' to see if this guy [drug customer] was gonna' call me, see if he wanted anything [fentanyl pills].  I might call him real quick, I told him I was workin'," adding, "See what he wanted ... but uh." SANDERS replied,

"Let me know." ANTER said, "Yeah, I'll let you know here in like three minutes."  At approximately 1:03 p.m., SANDERS received a call from GERALD ANTER on the telephone. ANTER asked, "You have time to meet me over there [xxx Alberti Court, Akron, Ohio]?" adding, "For like real quick?" SANDERS replied, "Yeah. Yup I'll call you when I leave the house."

108.    On or about April 12, 2023, at approximately 12:55 p.m., ALFRED SANDERS received a call from ALLISON KITCHENS on the telephone.  KITCHENS said, "Um, yeah, but I'm trying to figure out what I need to grab, so I'll let you know in a little bit." SANDERS replied, "Alright."

109.    On or about April 12, 2023, at approximately 1:32 p.m., ALFRED SANDERS received a call from ANTHONY MCCLINTICK on the telephone. MCCLINTICK said, "I said, I'm going to be right up the road from the house [xxx Alberti Court, Akron, Ohio] so.  Any time after 1:45, I can just run up there or I can just run out to the parking lot."  SANDERS said, "Uhh, where you, where you gonna be eating at?", and MCCLINTICK replied, "Lock 15."  SANDERS said, "Lock 15?" and MCCLINTICK replied, "It's like five.  Four minutes from the spot.  Three minutes."  SANDERS said, "Let me see how much I've got [cocaine supply] at the crib.  I might have to get some more.  You wanted you a ounce [one ounce of cocaine], right?" MCCLINTICK asked SANDERS, "What was that?", and SANDERS replied, "You said the same thing, right?"  MCCLINTICK said, "Yeah.", and SANDERS said, "Alright."  At or about approximately 1:35 p.m., ANTHONY MCCLINTICK pulled into the parking lot for the Lock 15 restaurant while driving his silver Chevrolet Malibu, bearing Ohio registration HURxxxx. MCCLINTICK backed into a parking space and remained in his vehicle for several minutes before departing.

110.     On or about April 12, 2023, at approximately 1:37 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  ANTER asked, "I should leave [xxx Alberti Court, Akron, Ohio] is that what you're telling me?" SANDERS replied, "Well I gotta run to the East Side real quick and come right back." ANTER stated, "Oh okay, well what do you think your ETA is going to be?" SANDERS advised, "Uhh, I'll be back probably about two o'clock."

111.     On or about April 12, 2023, at approximately 1:42 p.m., ALFRED SANDERS received a call from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK said, "Yeah, I was gonna say, umm, Lock 15 doesn't have any outside seating so we're headed up to Front Street in Falls." SANDERS advised, "I'm gonna be at the house [xxx Alberti Court, Akron, Ohio] around… Where you at now?" After discussing his current location, MCLINTICK said, "Yeah.  I mean, I can turn around and be at the house [xxx Alberti] in like five minutes." SANDERS stated, "Ok, I'm 'bout to umm I'm on the east side picking that [cocaine] up for you. I'll be right there." After discussing the timeframe MCLINTICK said, "Okay, I'll turn around and I'll be there."

112.     On or about April 12, 2023, at approximately 1:50 p.m., ALFRED SANDERS received a text message from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK told SANDERS, "Here."  At the same time, MCCLINTICK's Malibu arrived at xxx Alberti Court, Akron, Ohio, and MCCLINTICK parked in the driveway.  At approximately 1:52 p.m., SANDERS arrived and parked in the driveway at xxx Winans Avenue, Akron, Ohio, the residence of ALEX R. ANDRUS.  At approximately 1:56 p.m., SANDERS walked from xxx Winans Ave. and re-entered the passenger side of his vehicle.

113.     At approximately 2:07 p.m., SANDERS received a call from MCCLINTICK on the telephone. SANDERS stated, "I'm about to pull up."  At approximately 2:11 p.m.,

SANDERS arrived at xxx Alberti Court, Akron, Ohio, and parked on the street.  SANDERS exited and went to the passenger side of the vehicle and tucked an unknown object under his arm as he then walked up the driveway where he was met by MCCLINTICK. SANDERS and MCCLINTICK entered the rear door of xxx Alberti Court.

114.    On or about April 12, 2023, at approximately 2:17 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  SANDERS told ANTER, "Man, I though youda been here [xxx Alberti Court, Akron, Ohio], I'm about to pull out." ANTER replied, "Oh no I was kinda waitin and then I didn't know, like.  I was giving you a little time.  No I I'll I'm just getting in the van right now." At approximately 2:24 p.m., ANTER arrived in his white panel van and park on the street before walking up the driveway.  At approximately 2:32 p.m., MCCLINTICK departed the location.  At approximately 2:36 p.m., ANTER and SANDERS both departed in their respective vehicles.  At approximately 2:45 p.m., ANTER travelled to Hereford Drive, in Akron,  and parked on the street in the vicinity of the known address of drug associate L.S. (an individual known to the Grand Jury, but not indicted herein).

115.    On or about April 12, 2023, at approximately 4:16 p.m., ALFRED SANDERS called NASSER KAHOOK on the telephone.  KAHOOK told SANDERS, "I want to meet with you. You want to come to my store?" SANDERS replied, "Yeah I can come to your store." KAHOOK said, "Come on."

116.    On or about April 12, 2023, at approximately 5:17 p.m., ALFRED SANDERS called K.H. (an individual known to the Grand Jury, but not indicted herein) on the telephone. SANDERS said, "I just missed you from my dad's [ALFRED KERNEY] house [xxx Cree Avenue, Akron, Ohio]. You don't ever come back and deal with me on that [fentanyl pills] no more."  K.H. said, "Yeah, I mean I was in a hurry. I usually, I have like a little bit of time to do

my job in the morning and then I got to go to the drive thru." SANDERS said, "You rather pay a higher ticket [cost for drugs]." K.H., said "Why you got the same [fentanyl pills]?" and SANDERS replied, "Man, shut up." K.H. said, "What, I'm asking you. Do you have the same thing? What are you talking about?" SANDERS, said ". . . I know what's going on." K.H. said, "What? I was coming by to grab something from him."

117.    On or about April 13, 2023, at approximately 4:48 p.m., ALFRED SANDERS called COREY WRIGHT on the telephone.   WRIGHT said, "I'm just tapping in, I'll call you before I leave. I'm waiting on CASH [ALGYN M. KERNEY]. CASH supposed to be pulling up." SANDERS asked, "Where CASH at?" WRIGHT answered, "He on his way up." SANDERS asked, "From Canton [xxxx 44th Street NW, Canton, Ohio]?" WRIGHT replied, "Yep."

118.    On or about April 13, 2023, at approximately 8:17 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  SANDERS said, "Yep. Pops [R.W.] called talking about shit you talk to him?" ANTER replied, "He text me, I don't have, I don't have any [fentanyl pills] to loan out." SANDERS said, "Right, I wasn't gonna do it [front fentanyl pills] anyway but." Later in the conversation ANTER said, "I have orders to fill [drug customers] tomorrow." SANDERS replied, "Yep."

119.    On or about April 13, 2023, at approximately 9:13 p.m., ALFRED SANDERS called GERALD ANTER on the telephone.  SANDERS told ANTER, "You know, I was gonna say, 'Listen motherfu**er the only time you call me is when you can't get it [fentanyl pills] somewhere else.' I go, 'You don't, I don't call you ever. And I've never gotten mad at you when you f****** ditched me [changed drug suppliers].'"

120.     On or about April 14, 2023, at approximately 3:00 p.m., IDRIS JACKSON called ALFRED SANDERS on the telephone.  SANDERS asked, "What, you need to see me?" JACKSON replied, "Uh huh." SANDERS asked, "You ready [prepared to receive drug supply]?" JACKSON answered, "Yep, yep, yep," followed by, "You got to stop and get 'em [fentanyl pills] first?" SANDERS replied, "Naw, I wasn't." JACKSON said, "So you sure that you got enough [fentanyl pills]?" SANDERS replied, "I got nothing with me." Later in the conversation, SANDERS asked, "What you talking about [quantity of fentanyl pills]?" JACKSON answered, "Twenty-five [25 fentanyl pills]." SANDERS replied, "Alright."

121.     On or about April 14, 2023, at approximately 3:03 p.m., JACKSON called SANDERS on the telephone.  JACKSON said, "Thirty [placing an order for 30 fentanyl pills].", and SANDERS replied, "Alright."

122.     On or about April 14, 2023, at approximately 4:49 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE said, "Imma have some mo' money [drug debt] for you later today. I got some now but I'm trying to make it a nice little bit.", and SANDERS replied, "Alright." RUPLE said, "But this, he [drug customer] might not come through 'til 9:30 so if it's like that Imma just call you see where you at and just bring you what I got [drug payment]." Later in the conversation RUPLE said, "I want to try to give him [drug customer] some time." SANDERS asked, "Who? Roger's dad?" RUPLE answered, "Naw, the, the Nepal dude."

123.     On or about April 14, 2023, at approximately 4:55 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.  COLEMAN said, "Naw, I got like 25 g's [grams of cocaine]. 25 left but I'm f****** up.", and SANDERS replied, "Oh."

124.    On or about April 14, 2023, at approximately 5:15 p.m., NASSER KAHOOK called ALFRED SANDERS on the telephone. KAHOOK said, "This weekend, you gonna get all of it [drug debt], okay?" SANDERS replied, "Aw damn man, two weeks late man." KAHOOK said, "Yeah, you're right. It is two weeks late, you right, but you know me, I'm good. I just getting my head busted, I will take care of you."

125.    On or about April 14, 2023, at approximately 6:32 p.m., ALFRED SANDERS called IDRIS JACKSON who asked, "You forgot 'em?" SANDERS replied, "Yeah ain't that a b****." JACKSON said, "I'll just call your cousin [MARIO M. RUPLE]."

126.    On or about April 15, 2023, at approximately 2:46 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN, on the telephone.  COLEMAN said, "I need your services." SANDERS asked, "Where you at?", and COLEMAN replied, "Crib."  SANDERS said, "So, you in Ravenna?", and COLEMAN said, "Yeah."  SANDERS asked, "When you coming this way? You know I'm 'bout to get ready go to my game.", and COLEMAN replied "F***, King [SANDERS]! What you about to do?"  SANDERS said "I'm about to go up to Cleveland." COLEMAN said, "Ugh, okay. F***! Okay. Okay. Where are you at?"  SANDERS said, "The north side [xxx Alberti Court, Akron, Ohio].  COLEMAN said, "Okay. I'm going to have my guy's b*** come to you. Is that fine?"  SANDERS asked, "Who?" and COLEMAN said, ". . . Ava."  SANDERS said, "Ava?"  COLEMAN said, "She does everything.", and SANDERS replied, "Okay."

127.    On or about April 15, 2023, at approximately 2:48 p.m., SANDERS, COLEMAN and an UNKNOWN FEMALE had a conversation on the telephone by three-way call.  COLEMAN said, "I need a favor honey from somebody."  UNKNOWN FEMALE said, "What do you need?"  COLEMAN said, "I need you to bring a zip of blow [ounce of cocaine]

here." UNKNOWN FEMALE said, "From where, a house?" COLEMAN said, "Doctor Al [referring to ALFRED SANDERS]." SANDERS said, "Yeah." UNKNOWN FEMALE said, "Alright." COLEMAN said, "I need you to pick it up from Doctor Al [ALFRED SANDERS] and bring it, I owe him money [drug debt] and I'm Cash App him now." UNKNOWN FEMALE said, "Let me see, give me a second, ok?" COLEMAN said, "Well I need you to let me know because if you can't get it, I'm gonna go risk it myself, and I got my daughter with me. I really don't want to do that, but I will right now."

128. On or about April 15, 2023, at approximately 3:01 p.m., ALFRED SANDERS had a conversation with RAYCHAUN COLEMAN on the telephone. COLEMAN said, "I have $340 all cash and the rest is cash if you wanted a zip of shrooms [ounce of psychedelic mushrooms] I'll have her bring you a zip of shrooms. You hear me? You hear me? King [ALFRED SANDERS]?" SANDERS asked, "Said what?" COLEMAN replied, "I said I have three seventy, have three forty on Cash App." SANDERS said, "Uh huh." COLEMAN said, "And I can go get you a zip of shrooms or, or just pay you the rest in um, in cash or Cash App when I get it." SANDERS said, "Alright." COLEMAN said, "But um, do you, so I gotta Cash App you that so um, what's the Cash App . . . again?" SANDERS said, "How long 'til she get there?" COLEMAN said, "Um, Alberti [xxx Alberti Court, Akron, Ohio]?" and SANDERS said, "Yeah, I ain't there yet. I'm leaving my house."

129. On or about April 15, 2023, at approximately 3:09 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone. RUPLE said, "I'm sorry man, I got a band [$1,000] for you." SANDERS replied, "Alright."

130. On or about April 16, 2023, at approximately 12:57 p.m., ALFRED SANDERS called S.O. (an individual known to the Grand Jury, but not indicted herein) on the telephone.

SANDERS said, " . . . Hey what's going on guy?" S.O. said, "Nothing uh, can we get together today?" SANDERS said, "Ok. Ok. You say you didn't like that [cocaine] last night." S.O. said, "No you know what. It ended up being not that bad actually. So, I don't think it was the best but I must have got a really bad taste of it once. And it left. I got sick after that. Maybe it was, I caught something. But after that, it got better, I tried it out. It was ok." SANDERS said, "Ok, so, that's cool if I have that?" S.O. said, "Did you get anything different [cocaine supply]?" SANDERS said, "I mean ... I can, um, I can go get something different if you want." S.O. said, "No don't worry, don't chase your tail, dude. That's fine." SANDERS said, "Ok." S.O. said, "I mean if you're gonna go get it, do that. But don't go out of your way." SANDERS said, "Ok. Well, I'll be right by then."

131.    On or about April 16, 2023, at approximately 1:10 p.m., ALFRED SANDERS departed xxx Alberti Court, Akron, Ohio, in his Cadillac.

132.    On or about April 16, 2023, at approximately 1:18 p.m., SANDERS was in the vicinity of the residence of S.O.

133.    On or about April 16, 2023, at approximately 1:10 p.m., ALFRED SANDERS departed xxx Alberti Court, Akron, Ohio, in his Cadillac.

134.    On or about April 16, 2023, at approximately 1:18 p.m., SANDERS was in the vicinity of the residence of S.O.

135.    On or about April 16, 2023, at approximately 3:26 p.m., RAYCHAUN COLEMAN called ALFRED SANDERS on the telephone. COLEMAN said, "Ok then I got the rest of it is cash [drug debt], so just add it on my next one [ounce of cocaine]." SANDERS replied, "Alright." COLEMAN added, "It's gonna be 850 [$850] plus whatever is left."

136.    On or about April 16, 2023, at approximately 4:28 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone. SANDERS asked, "Did you still need that weed, 'cause I'm gonna hand it off to my dude?" ALGYN M. KERNEY replied, "S***, I got somebody that can get it, yeah." SANDERS asked, "So he get all three [3 pounds of marijuana] of them, or do he just need one?" ALGYN M. KERNEY said, "Man he prolly just need one, but prolly gonna blow through [sell] that b***. Let me see. I'm all the way in Canton. Shit I'll take one." SANDERS replied, "I'll pull one back for you."

137.    On or about April 17, 2023, at approximately 11:33 a.m., RONNIE RADOVIC called ALFRED SANDERS on the telephone.  RADOVIC said, "Waitin' on my brother to pull up man, I'ma have to come see you [purchase drugs]."

138.    On or about April 17, 2023, at approximately 11:37 a.m., RADOVIC called SANDERS on the telephone.  RADOVIC asked, "We good both ways [fentanyl and cocaine]?" SANDERS replied, "Yeah." RADOVIC said, "Okay that's all I want to know. I'll call you when I'm headed that way."

139.    On or about April 17, 2023, at approximately 1:40 p.m., RADOVIC called SANDERS on the telephone.  RADOVIC asked, "What was you talking about on the other way? On the L?" RADOVIC asked, "On the girlie [cocaine]?" SANDERS replied, "No." RADOVIC replied, "Ten [10 grams of fentanyl], the regular ten, and then I need a seven [7 grams of cocaine] on the girlie [cocaine]." SANDERS replied, "Alright."

140.    On or about April 17, 2023, at approximately 1:50 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone.  ALGYN M. KERNEY said, "Shit I'm in Canton, I'm about to head that way. Light-weight shit need one of them greeneries [pound of marijuana]." SANDERS replied, "I got you. I'll save one for you." Later in the conversation,

41

SANDERS said, "And then if you see Four [ANTONIO MCBRIDE], just get that from him because I guess he don't want, I don't know why he ducking and diving me." SANDERS went on, "He owe me $500 and I guess he gonna give those slams [grams of fentanyl] back." ALGYN M. KERNEY replied, "Alright."

141. On or about April 17, 2023, at approximately 5:37 p.m. ALFRED SANDERS called IDRIS JACKSON on the telephone. SANDERS said, "Did you ever meet up with my cuz [MARIO M. RUPLE]?" JACKSON replied, "Yep. Yep. I had got what he had left [fentanyl pills]." SANDERS asked, "Oh, you still need me?" JACKSON replied, "Yep." Later in the conversation, SANDERS asked, "How many?" JACKSON answered, "Uh, twenty [20 fentanyl pills]."

142. On or about April 17, 2023, at approximately 7:04 p.m., ALFRED SANDERS received a call from ANTHONY MCCLINTICK on the telephone. MCCLINTICK asked, "I was seein' if you had something that was looking better?" SANDERS answered, "He should be... oh, you didn't like that?" MCCLINTICK said, "No, uh ... I don't know, there's some, like, pretty good, good, good-looking stuff goin' around, so, I'm kinda ... tryin' to keep up." SANDERS said, "Uh, lemme, umm, check with my guy."

143. On or about April 18, 2023, at approximately 10:40 a.m., ALFRED SANDERS spoke to ALGYN M. KERNEY on the telephone. SANDERS asked, "You want me to come through there?" ALGYN M. KERNEY replied, "Yeah." SANDERS said, "Alright." At the time of the call, fixed surveillance revealed SANDERS was at xxx Alberti Court, Akron, Ohio, in his silver Cadillac, bearing Ohio temporary registration P946***. At approximately 11:10 p.m., SANDERS departed xxx Alberti Court in the Cadillac.

144.    On or about April 18, 2023, at approximately 11:12 a.m., ANTONIO MCBRIDE called ALFRED SANDERS on the telephone.  SANDERS said, "Yo yo."  MCBRIDE said, "You know I forgot about us, still owed you another 500 [drug debt]."  SANDERS said, "I, I, I know you forgot about it."  MCBRIDE said, "I'm tryin' to make that other s*** [fentanyl] right. I need some Tranq [street term for the animal sedative xylazine, which has recently been identified as an additive mixed with fentanyl to increase potency] . . . Because I put a 2 on it [ratio of cutting agent], like I just threw a 2 on it, I'm like."  SANDERS said, "Wha, wha, what was I charging you for that?"  MCBRIDE said, "40 [$40 per gram], all the way out like . . . "SANDERS said, "Nah, the lowest I can go is 30, that's what I paid for it."  MCBRIDE said, "But if I can just buy some Tranq, I can cash out and I would just, it won't be no problem."  SANDERS said, "Nah."  MCBRIDE said, "I just need to make it better."  SANDERS said, "That . . ."  MCBRIDE said, "I need to make it something."  SANDERS said "That . . . "  MCBRIDE said, "I need to make it better."  SANDERS said, " . . . that, that Tranq gone, but my dude done got some shit, uh, that you could put uh, a five, but it ain't the Tranq."  MCBRIDE said, "What they want for that?"  SANDERS said, "They want, uh...they was charging me 60.  That's with me making nothin'."  MCBRIDE said, "Ok, I need to buy some of them and . . ."  SANDERS said, " . . . that's what buy, so, bro, bro, like it them and uh and all he did was fixed his shit that he needed."  MCBRIDE said, "I'm gonna call you in a little bit and umm...get a tester [drug addict to test the quality and potency] and then we gonna figure everything out."  SANDERS replied, "Yep."  MCBRIDE said, "I forgot . . . but you absolutely right, like, I'm like...ah shit, when I seen that, you feel me? . . . I'm tellin' bro yesterday, like, damn, like it's so fucked up...and I deal with people who hustle."  SANDERS said, "Yeah."  MCBRIDE said, "Ya feel me?  To where, like, I can't do nothin' for em' right now.  You know what I'm sayin?"  SANDERS said, "Right,

right . . . I wasn't even thinking about that cause I already knew . . .", and MCBRIDE replied "Yeah." SANDERS said, ". . . we gonna get that back." MCBRIDE said, "Alright, so we gonna get all the way on the same page in just a little bit." SANDERS said, "Ok yeah." MCBRIDE said, "So be by your phone, you hear me?" SANDERS replied, "Yep, yep, yep.", and MCBRIDE said, "Yep, alright."

145.     On or about April 18, 2023, at approximately 11:17 a.m., SANDERS received a call from ALGYN M. KERNEY on the telephone. ALGYN M. KERNEY asked, "Yeah, how long you'll be, I'm in the driveway?" SANDERS replied, "S***, 'bout, f***, I'm right here. I f***** around and missed the f****** exit, thought I was going to Paris [xxx Paris Avenue, Akron, Ohio], I don't know why. I'm going to have to turn around." ALGYN M. KERNEY said, "I'm on Paris [xxx Paris Ave.]." SANDERS replied, "Not Paris [xxx Paris Ave.], the, the other spot [stash location]. ALGYN M. KERNEY asked, "On Chandler?" SANDERS said, "Yeah, I'm about to be, I'm about to be jump right to you."

146.     On or about April 18, 2023, at approximately 12:12 p.m., ALFRED SANDERS received a call from GERALD ANTER on the telephone. ANTER said, "If he [drug customer] does call back or whatever, you should just say, listen, you put the kabosh on no more fronts [fentanyl pills on consignment]. SANDERS said, "Right." ANTER said, "Cause we're your su ... listen, bottom line is we're your soldiers [drug distributors], so that's how it works and so and because ... that's how, I mean, that's how I would do it," and SANDERS said, "Right." ANTER said, "That, I mean and if that and if we do go ahead and do it [sell fentanyl pills on consignment], then that's on us, but the, but the, ya know, for moving forward, no more fronts anywhere. That's how it works. So, that's all and the people [drug customers] that know them,

they was, they was ... ya know, that's how it works.  We could say that and no feelings would have gotten hurt."

147.    On or about April 18, 2023, at approximately 1:23 p.m., ALFRED SANDERS called ANTONIO MCBRIDE on the telephone. MCBRIDE said, "Hello?", and SANDERS responded, "What up with it?"  MCBRIDE said, "What's up with it? Umm...I need one of them, umm...testers cause if its right, I'm gonna, I'm gonna grab 20 [20 grams of fentanyl] and I'm cash out for 20, that why I can fix the other situation too.", and SANDERS replied, "OK, OK." MCBRIDE said, "Yep.  I'm a cash out for em' though, you hear me?  I just wanna make sure that at least through it, I'm happy if it's at least to a 4 [drug potency]."  SANDERS replied, "Right. Ok we ah . . ." MCBRIDE said, "Alright, just call me when you get some time and we'll link.", and SANDERS said, "Yep, yep."

148.    On or about April 18, 2023, at approximately 6:34 p.m., ANTHONY MCCLINTICK called ALFRED SANDERS on the telephone.  SANDERS asked, "I've been calling you all day, did you still need that [cocaine]?" MCCLINTICK replied, "No. I got some decent stuff, I didn't know if you wanted to take a look at it." SANDERS asked, "Oh, you already got some?" MCCLINTICK replied, "Yeah, I found some decent stuff. I'm still waiting on you [drug supply]." SANDERS answered, "I told you my dude would get you some better shit [drug quality]."

149.    On or about April 19, 2023, at approximately 4:23 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS said, "Gonna need some more of them [fentanyl pills]." KITCHENS replied, "You know, I actually found them for 16." SANDERS answered, "Huh?" KITCHENS said, "I found them for 16." SANDERS replied, "No, I said I was gonna need some more of them [fentanyl pills]." KITCHENS answered, "Oh, ok.

Yeah.  Just let me know when." SANDERS said, "Yup, um, yeah soon." KITCHENS replied,
"Ok, um, yeah. Today, or?" SANDERS answered, "Um, probably tomorrow." KITCHENS said,
"Alright [resupply]."

150.     On or about April 19, 2023, at approximately 5:53 p.m., MARIO M. RUPLE
called ALFRED SANDERS on the telephone.  RUPLE said, "I got four [$400 drug debt] for
you. I'll have some more, but I ain't have it today. I'll have it either tomorrow or the next day,
another four or five. But I got four now." SANDERS replied, "Alright."

151.     On or about April 20, 2023, at approximately 2:05 p.m., ANTONIO MCBRIDE
called ALFRED SANDERS on the telephone. MCBRIDE said, "Me and you need to get on the
same page soon as I come from out of town, I'm pullin' up wherever you at." SANDERS said,
"Ok, Ok." MCBRIDE said, "Umm so Tuesday, I need you answering the phone and I need us to
sit down and and and talk and get this shit rockin' and rollin' [fentanyl sales] the way it's
supposed to be and need to be.  But also Bruh, instead of you spending your cheese and you don't
know cause your cousin's explaining that to me more and more that you don't be knowing."
SANDERS said, "Right." MCBRIDE said, "And now you stuck with yourself when you got a
***** that's more in the trenches [street drug sales] than you, you can say before you swing your
cheese [drug money] at your little cuz, huh, see what you peoples think about this before I spend
my cheese," and SANDERS said, "Right." MCBRIDE said, "So that way you aint in no jam,
that you and me aint in no jam, the money aint slowed up.  You feel me?" SANDERS replied,
"That's right."

152.     On or about April 20, 2023, at approximately 3:17 p.m., ALFRED SANDERS
received a phone call from GERALD ANTER on the telephone.  ANTER asked, "You want to

meet at the office [xxx Alberti Court, Akron, Ohio]?" ANTER later asked, "You know what I need, right?" SANDERS said, "Uh huh." ANTER added, "A bag of beans [fentanyl pills]."

153. On or about April 21, 2023, at approximately 9:57 a.m., ALFRED SANDERS received a phone call from ALLISON KITCHENS on the telephone. KITCHENS said, "Where you want to go?" SANDERS said, "Hey where you at?", and KITCHENS replied, "Uh over off Copley I don't know where you want me to head." SANDERS said, "Oh you on Copley? . . . Okay um, I'm at, I'm up here at the um I'm at the barbershop here on um want me to send you my location?" KITCHENS said, "Yeah oh no I forgot that this phone I don't have it all connected on this phone." SANDERS said, "I'm like um east okay you know where that Burger King at um on on E Market?" KITCHENS said, "Yeah." SANDERS said, "Okay I'm right across um from there the barbershop is called Muath barbers its connected to the big building it's got a whole bunch of . . ." KITCHENS said, "Okay I'll be there in a minute call you when I'm like tenish minutes." At approximately 10:07 a.m., ALLISON KITCHENS pulled into the parking lot for the barbershop driving her maroon Infiniti SUV. KITCHENS parked in the lot near ALFRED SANDERS' Cadillac.

154. On or about April 21, 2023, at approximately 10:08 a.m., ALFRED SANDERS received a text message from KITCHENS on the telephone. KITCHENS told SANDERS, "I'm here." Moments later, SANDERS exited the barbershop and entered the passenger side of KITCHENS' vehicle for several minutes. SANDERS exited and KITCHENS departed the area.

155. On or about April 21, 2023, at approximately 12:33 p.m., ALFRED SANDERS called NASSER KAHOOK on the telephone. KAHOOK told SANDERS, "I got you today [money to pay drug debt], I got it," and SANDERS replied, "Okay."

156.     On or about April 21, 2023, at approximately 2:31 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE told SANDERS, "I got $600 [to pay drug debt]. Why don't you come up here, man, 'cause I don't get off until 8:00. I mean I can bring it to wherever you gonna be at that time, but, shit you never called back I fell asleep."

157.     On or about April 22, 2023, at approximately 1:20 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.  SANDERS asked, "You got something for me [drug debt]?" COLEMAN replied, "Yeah *****." SANDERS asked, "Alright, you want me to come there?" COLEMAN answered, "Yeah, you can come here."

158.     On or about April 22, 2023, at approximately 2:37 p.m., ALFRED SANDERS called COREY WRIGHT on the telephone. WRIGHT stated, "That demo [drug quality] wasn't right, cuz." SANDERS asked, "Which one?" WRIGHT stated, "On the, on the put together side." SANDERS asked, "Talking about the softie [powder cocaine]?" WRIGHT replied, "Yeah I put that, man my peoples [drug customers] pissed." SANDERS said, "What?" WRIGHT replied, "I still got the (UI) and everything cuz. I couldn't even, I couldn't even produce for them. I still got it sitting in the shit." SANDERS replied, "Oh, shit." WRIGHT replied, "Man, that shit. Like I'm pissed, cuz. It really slowed my whole demo [drug operation]." Later in the conversation, WRIGHT stated, "I said it just sitting in my demo, you know what I mean? I couldn't even, I ain't been able to catch [sell] nothing. It's cool on the other side, but not the, you know what I mean?" SANDERS replied, "Right." WRIGHT said, "It was a loss for real cuz, I don't even do this."

159.     On or about April 22, 2023, at approximately 3:17 p.m., ALFRED SANDERS called ALFRED KERNEY on the telephone.  SANDERS said, "Where you at?" ALFRED KERNEY replied, "I'm at the house [xxx Cree Avenue, Akron, Ohio]."  SANDERS said, "Oh

yea? I had some more of them [pills], you remember?" ALFRED KERNEY said, "Is it seven?", and SANDERS replied, "Yep." ALFRED KERNEY said, "Oh yea? Ok umm what you lookin' at?" SANDERS said, "What you mean?" ALFRED KERNEY asked, "Uh how many?" SANDERS said, "A hundred." ALFRED KERNEY asked, "Hundred?" SANDERS replied, "Yep." ALFRED KERNEY said, "Oh ok. Yep" SANDERS said, "Where you at?" ALFRED KERNEY replied, "I'm at home." SANDERS asked, "You want to meet me on the North [xxx Alberti Court, Akron, Ohio]?" ALFRED KERNEY asked, "How much that come to?" SANDERS replied, "Uh, what we do last time?" ALFRED KERNEY replied, "Mm . . . " SANDERS said, "We did 10 [$10 per pill]?" and ALFRED KERNEY replied, "No, we did 9." SANDERS said, "Ya 9, 9." ALFRED KERNEY asked, "That's what, 900?" SANDERS replied, "Uh huh." ALFRED KERNEY said, "Ok let me see what I got, yeah." SANDERS said, "Alright."

160.    On or about April 22, 2023, at approximately 3:28 p.m., ALFRED SANDERS called COREY WRIGHT on the telephone. SANDERS said, "Got to catch me [obtain drugs] right? I got to bust a move, I got to leave." WRIGHT stated, "Imma spend some money [purchase additional drugs], too, with you cuz, you know what I mean?" SANDERS said, "Come on, I'm here waiting on you." WRIGHT replied, "Alright, I'm catching my play [making drug sale] right now, to be able to spend some more money with you regardless."

161.    On or about April 24, 2023, at approximately 3:20 p.m., ALFRED SANDERS received a phone call from DERRICK HENDERSON on the telephone. SANDERS asked, "You got some news [drug supply]?" HENDERSON replied, "Yeah, I mean no. It straight though. I was just saying at 55, that's why I put it in there." SANDERS asked, "Oh 55, that's for the 9-pack [$5500 for 9 ounces of cocaine]?" HENDERSON replied, "Uh huh." Later in the

conversation, HENDERSON stated, "Yeah, it's some fire, though [drug quality]. It's what you like. It's what they want. See that flake and everything." SANDERS replied, "I'll have to holler at you [purchase cocaine] then. Imma see." HENDERSON said, "I'll just show you how it's looking. Might bring a parcel [sample] or something." SANDERS answered, "Okay shit, I'm over here."

162.     On or about April 24, 2023, at approximately 4:46 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone.  SANDERS asked, "Just was checking on you, seeing if you need me [drug supply]?" JACKSON answered, "Not this, I mean, it's not an emergency but I probably will here maybe tomorrow."

163.     On or about April 24, 2023, at approximately 5:35 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE said, "Shit it's slow right now, I ain't got but like $200. I'm waiting on some people [drug customers.]"

164.     On or about April 25, 2023, at approximately 2:53 p.m., ANTONIO MCBRIDE called ALFRED SANDERS on the telephone.  SANDERS said, "Oh, you want something [drug supply]?" MCBRIDE said, "Umm yeah, the ones that you say do what they do [drug potency]." SANDERS said, "Oh, let, I gotta call my dude, let me give you a call you right back." MCBRIDE said, "Hey." And SANDERS said, "Yeah." MCBRIDE said, "I'm coming, I'm coming with the . . . of them trying to fix the other project [improve drug supply] but guarantee me a receipt." SANDERS said, Alright." MCBRIDE said, "We gotta get it together." SANDERS said, "You just called, me let me give him a call." MCBRIDE replied, "I'm ready, come on."

165.     On or about April 25, 2023, at approximately 11:50 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.  COLEMAN asked, "Why can't you just

take one [ounce of cocaine] home with you?" SANDERS replied, "I can do that." COLEMAN said, "Yeah take one home [xxxx Sandalwood Lane., Cuyahoga Falls, Ohio], I'm close to your house. I'd rather go to your house from right here."

166.    On or about April 26, 2023, at approximately 8:22 a.m., ANTONIO MCBRIDE called ALFRED SANDERS on the telephone.  MCBRIDE said, "Let's start off with ten [grams of fentanyl] and then if that's official [drug quality], Imma come back and get 20 more."

167.    On or about April 26, 2023, at approximately 9:52 a.m., ALFRED SANDERS received a call from MARIO M. RUPLE on the telephone. SANDERS asked, "What's going on?" RUPLE said, "Shit, I'm probably gone, uh, I got a couple people got to come through today with some, with some skrilla [drug debt payment]," and SANDERS replied, "Oh yeah?" RUPLE said, "Yeah, when they come through with the skrilla, they gone they gone be wanting to get something [fentanyl pills].  So, I'm gonna need to uh, I gotta see my people, man, I gotta see my n****, I gotta see my cuzzo." SANDERS asked, "Who?"  RUPLE said, "You, dumb***," and SANDERS replied, "Ok".  RUPLE said, "You know what I mean?  That's gonna be like around 11 when, when s*** gone be rolling in.  But I want to come see you and then I just come back and you know, do the skrilla."  SANDERS replied, "You said what?  You wanna what?"  RUPLE said, "I want to come get some so when I, so when they give me the money, I get can get that money and some more [fentanyl pills] and then I'm gonna come bring you the money."

168.    On or about April 26, 2023, at approximately 12:23 p.m., ALFRED SANDERS received an incoming call from IDRIS JACKSON who stated, "I need to see you [resupply]." SANDERS said, "Oh yeah, you mobile?" JACKSON said, "Nope, not right now. Let's do something, um, thirty [fentanyl pills]."

169.     On or about April 26, 2023, at approximately 1:07 p.m., ANTONIO MCBRIDE called ALFRED SANDERS.  MCBRIDE said, "Talk to me brother. What are you doing?" SANDERS said, "I talked to him he's putting it together [fentanyl]. He's at ya know." MCBRIDE replied, "Alright. So I don't need to stay, I don't need to slide to Columbus?" SANDERS said, "No."  MCBRIDE said, "You sure?"  SANDERS replied, "Yep."  MCBRIDE said, "Alright.  Aye, Um, Um As soon as I, I'm coming right.  I need thirty [grams of fentanyl] for real.  You hear me?  So I'm go . . . right back within the hour or two.  And I'm pulling up with the cheese [drug payment] and I grabbing the ten [grams], you hear me?"

170.     On or about April 26, 2023, at approximately 3:01 p.m., RAYCHAUN COLEMAN called ALFRED SANDERS and asked, "Want me to bring you two zips of shrooms [2 ounces of psychedelic mushrooms]?" SANDERS asked, "Two zips?" COLEMAN said, "Yeah I just brought two with me. I didn't know if you wanted one or two." SANDERS asked, "How much you charging?" COLEMAN replied, "$125." SANDERS said, "$125, I'll take one [ounce]."

171.     On or about April 26, 2023, at approximately 6:08 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS said, "I got that for you." KITCHENS replied, "Alright, where you want to meet? I'm heading toward Cuyahoga Falls." SANDERS and KITCHENS ultimately met at xxx Alberti Court, Akron, Ohio.

172.     On or about April 26, 2023, at approximately 9:00 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone.  ALGYN M. KERNEY said, "Yeah, he ain't grabbed it. He talking about he still owe me two [drug debt]. He like, man, grab some . . . . so I'm, I gotta wait on (UI). I was just like damn. If you want it back I got it." SANDERS said, "I ain't tripping on that. You can just, you know, whenever." ALGYN M. KERNEY replied,

"Alright. I got you though. When I see you, I'm gonna give you what you call it's five [$500] and that six for the smoke [$600 for marijuana]." SANDERS said, "Okay. You still be at a G [$1000] on that." ALGYN M. KERNEY replied, "Yeah. Tore me up on that."

173.    On or about April 27, 2023, at approximately 7:02 p.m., ALFRED SANDERS received a call from RAYCHAUN COLEMAN on the telephone.  COLEMAN said, "Just bring me, gonna send you my location. Just bring me a quarter [1/4 ounce of cocaine]." SANDERS replied, "Alright."

174.    On or about April 28, 2023, at approximately 10:41 a.m., ALFRED SANDERS received a call from ALLISON KITCHENS on the telephone.  During this conversation KITCHENS and SANDERS discussed S.S. (an individual known to the grand jury but not indicted herein). SANDERS asked, "What cuz be floating with [type of drug supply]?" KITCHENS replied, "A little bit of everything." SANDERS said, "Oh, Oh, alright." KITCHENS said, "What I, what I did with you, that's why I gotta go see him."

175.    On or about April 28, 2023, at approximately 10:54 a.m., ALFRED SANDERS received a call from COREY WRIGHT on the telephone. WRIGHT told SANDERS, "Call me when you get in the area, I'm ready for you [resupply]."

176.    On or about April 28, 2023, at approximately 12:32 p.m., ANTONIO MCBRIDE called ALFRED SANDERS on the telephone. MCBRIDE asked, "Wassup with you, what happened?" SANDERS replied, "Ain't nothin happen. Imma go see my dude today. Well I'm in court right now. Imma call you right back soon as I get out of here."

177.    On or about April 28, 2023, at approximately 2:11 p.m., ALFRED SANDERS called NASSER KAHOOK on the telephone.  SANDERS asked, "Hey did you remember I had told you what I had needed?" KAHOOK answered, "Yeah." SANDERS asked, "You got it or

no?" KAHOOK said, "I could get it today," later asking, "How many you need?" SANDERS said, "Let me call this dude and see real quick. Imma call you back."

178.    On or about April 28, 2023, at approximately 4:34 p.m., ALFRED SANDERS called ALEX R. ANDRUS on the telephone. ANDRUS said, "I'm on my way back to the crib [xxx Winans Avenue, Akron, Ohio]." SANDERS replied, "I'm going to need to stop and holler at you real quick."

179.    On or about April 28, 2023, at approximately 5:00 p.m., ALFRED SANDERS called ANTONIO MCBRIDE on the telephone. SANDERS said, "Shit, I'm about to blow down on my dude right now." MCBRIDE said, "Ok." SANDERS asked, "You said about how many?" MCBRIDE answered, "Um let's just do, um, what they said they doing?" SANDERS said, "I'm about to be at the house, I'm gonna call you."

180.    On or about April 28, 2023, at approximately 5:07 p.m., ALFRED SANDERS received a call from ALGYN M. KERNEY on the telephone. SANDERS asked, "Did you get that off dude?" ALGYN M. KERNEY replied, "No, it's there at my house [xxx Paris Ave.]. You can go grab it." SANDERS said, "Oh, okay." ALGYN M. KERNEY replied, "It's at the house." SANDERS replied, "Okay, what about the one you supposed to gave me?" ALGYN M. KERNEY said, "I got that. I tried to CashApp you. Got to pay my extra fee. I was like, shit, let me get the cash, man. Come get the money. I get it to you." SANDERS asked, "Where you at, Canton [xxxx 44th Street, # 5, Canton, Ohio]?" ALGYN M. KERNEY replied, "Yeah." Later in the conversation, SANDERS asked, "Did you have that five, that five for dude, too?" ALGYN M. KERNEY replied, "Yeah, I gave that to you, too. I just want to get this out the way."

181.    On or about April 29, 2023, at approximately 7:33 p.m., ALFRED SANDERS received a call from RAYCHAUN COLEMAN on the telephone.  COLEMAN said, "Yo. I said

I'm on State Road. I got your bread [drug debt]." SANDERS replied, "Awesome. Okay I'll just get with you. I'm in Cleveland right now." COLEMAN said, "Alright. I got the money for the half [1/2 ounce of cocaine] and the six [6 grams of cocaine]."

182.    On or about April 30, 2023, at approximately 4:22 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE said, "I got three [$300 drug debt] now, dude [drug customer] owe me $175 when I get off. That will be four, then another dude owe me three, but he ain't gonna have it until Wednesday, so that's seven altogether. I'm just letting you know where I'm at."

183.    On or about April 30, 2023, at approximately 4:37 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone.  SANDERS asked, "How many are you talking?" JACKSON replied, "35 [fentanyl pills]."

184.    On or about May 1, 2023, at approximately 4:13 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS asked, "What you think, did you, did you need that [resupply] or no?" KITCHENS replied, "No, I had gone and grabbed a couple yesterday." SANDERS replied, "Okay." KITCHENS said, "Cause my people [drug customers] got to tripping cause I had them waiting already a whole day."

185.    On or about May 1, 2023, at approximately 7:54 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  RUPLE said he had "$500" for SANDERS.

186.    On or about May 1, 2023, at approximately 7:56 p.m., ALFRED SANDERS received a call from MARIO M. RUPLE on the telephone. SANDERS said, "What up cuz?" RUPLE said, "Hey, didn't you say I could just send the money to you on Zelle?  On this number?"  SANDERS said, "Not on this number."  RUPLE said, "Oh, the other number?" SANDERS said, "Yeah.  That's what you wanna do?"  RUPLE said, "All right let me see what it

is real quick." SANDERS said, "I'd rather have the cash but . . . if you got . . ." RUPLE said, "All right, ok, ok, ok, ok, ok.  I'm on the way."  SANDERS said, "You can give me cash and Zelle."  RUPLE said, "Ok, I'm about to bring you the cash."

187.    On or about May 3, 2023, at approximately 5:24 p.m., ALFRED SANDERS called ALEX R. ANDRUS on the telephone.  SANDERS said, "It's different, see you don't got to move nowhere cause everybody [drug customers] come to you, see what I'm saying." ANDRUS replied, "Everybody ain't come to me, I might have to go somewhere, and bring my a** right back home [xxx Winans Avenue, Akron, Ohio]."

188.    On or about May 4, 2023, at approximately 11:33 a.m., ALFRED SANDERS received a call from RONNIE RADOVIC on the telephone.  RADOVIC stated, "I ain't gonna need you 'til about 2:00-2:30. I'm still in Canton. I'll be leaving out here about 2:00. I told him [drug customer] I'd just meet him, you know what I mean, meet him straight there [xxx Alberti Court, Akron, Ohio], around 2:00-2:30."

189.    On or about May 5, 2023, at approximately 4:02 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.   COLEMAN asked, "You got another one [ounce of cocaine]?" SANDERS replied, "Yeah." COLEMAN asked, "You got something a little stronger?" SANDERS answered, "Yeah." COLEMAN said, "Alright, let me get that, I still need a zip [ounce of cocaine], just make sure it's a little different [drug potency]."

190.    On or about May 8, 2023, at approximately 10:47 a.m., ALFRED SANDERS received an incoming call from MARIO M. RUPLE on the telephone.  RUPLE told SANDERS, "I got $850 [to pay toward drug debt]."

191.    On or about May 8, 2023, at approximately 6:57 p.m., ALFRED SANDERS received a call from GERALD ANTER on the telephone. SANDERS stated, "Your cousin."

ANTER asked, "What about him?" SANDERS stated, "He wants to know if your, could you come through for him on, on them one things [fentanyl pills] he likes?" ANTER said, "No, they're gone." SANDERS asked, "That fast?" ANTER replied, "That fast. Man, they [fentanyl pills] go fast."

192.     On or about May 8, 2023, at approximately 7:49 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone.  SANDERS asked, "What you about to do?" KERNEY replied, "Shit, go catch these couple plays [drug sales], I be chillin' for the last two days."

193.     On or about May 9, 2023, at approximately 1:16 p.m., IDRIS JACKSON called ALFRED SANDERS on the telephone.  SANDERS asked, "Well, you ready, ready [resupply]?" JACKSON replied, "Yeah, but I ain't driving, though." SANDERS asked, "Like what you talking about [quantity]?" JACKSON replied, "Forty [40 fentanyl pills]."

194.     On or about May 10, 2023, at approximately 9:50 a.m., ALFRED SANDERS called NASSER KAHOOK and asked, "Is there any more of that Tranq [xylazine] around?" KAHOOK replied, "I don't know. I'll find out." SANDERS said, "Find out for me. I got a dude trying to spend some money." KAHOOK asked, "How much?" SANDERS answered, "Said he got like $5000."

195.     On or about May 12, 2023, at approximately 5:23 p.m., ALFRED SANDERS received call from ANTHONY MCCLINTICK on the telephone.  MCCLINTICK asked, "Did you hear anything more about drying that shit out?" SANDERS asked, "What shit out?" MCCLINTICK said, "The shit my buddy got me in this little jar [crack cocaine]." Later in the conversation, MCCLINTICK said, "So let me know, it's not doing me any good. I got a couple of other people [drug customers] who are interested, but I have no'idea what to do about it so."

196.    On or about May 13, 2023, at approximately 10:42 a.m., ALLISON KITCHENS sent a text message to ALFRED SANDERS on the telephone.  In the message KITCHENS said, "Did you still want that [resupply]?" At 10:44 a.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS said, "Yes, I do still need them [fentanyl pills]." KITCHENS replied, "I was just at the spot [drug stash location], so I didn't want to run back and forth." At approximately 2:37 p.m., SANDERS called KITCHENS on the telephone. KITCHENS asked, "Where you want to meet at?" SANDERS said, "Oh, same spot." KITCHENS and SANDERS arranged to meet at xxxx Sandalwood Lane., Cuyahoga Falls, Ohio. At approximately 4:49 p.m., KITCHENS sent SANDERS a text message on the telephone.  In the text message KITCHENS told SANDERS, "Heading to you."

197.    On or about May 15, 2023, at approximately 1:38 p.m., ALFRED SANDERS received an incoming call from RONNIE RADOVIC on the telephone.  RADOVIC told SANDERS, "My brother want to grab like five of those." SANDERS and RADOVIC arranged to meet at xxx Alberti Court, Akron, Ohio.

198.    On or about May 15, 2023, at approximately 4:55 p.m., ALGYN M. KERNEY called ALFRED SANDERS on the telephone.  SANDERS asked, "Did you ever get rid of that one thing?" ALGYN M. KERNEY replied, "Oh, I end up fronting [sold on consignment] to my dude."

199.    On or about May 15, 2023, at approximately 10:54 p.m., ALFRED SANDERS called RAYCHAUN COLEMAN who asked, "You can't bring a zip [ounce of cocaine] to your g**d**** house [xxxx Sandalwood Lane., Cuyahoga Falls, Ohio]?" SANDERS said, "Alright." COLEMAN added, "Just in case, I can just stop by there."

200.     On or about May 16, 2023, at approximately 11:08 a.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS asked, "Is we loaded on them [fentanyl pills]?" KITCHENS replied, "Mmm Hmm." SANDERS asked, "We is?" KITCHENS answered, "Yeah."

201.     On or about May 16, 2023, at approximately 2:45 p.m., ALFRED SANDERS placed a call to COREY WRIGHT on the telephone who stated, "I need to really bump into you man. My shit's [drug sales] so f***** slow off the old [supply], dude." SANDERS asked, "Why?" WRIGHT states, "Demos [drug quality] ain't been right. The last demo, I ain't got no demo [new supply] since. I still got a little tee tee off that shit." SANDERS asked, "You said the demo ain't right?" WRIGHT replied, "Yeah from the last time I seen you, you ain't ever got back at me. Imma call you when it's proper." SANDERS said, "Alright. It's back proper."

202.     On or about May 16, 2023, at approximately 2:52 p.m., ALFRED SANDERS called ALLISON KITCHENS on the telephone.  SANDERS said, "I just went, it was, it was short 14 [fentanyl pills]." KITCHENS said, "Is it?" SANDERS replied, "Uh huh." KITCHENS said, "I thought I had them down pat."

203.     On or about May 16, 2023, at approximately 6:21 p.m., IDRIS JACKSON called ALFRED SANDERS on the telephone.  JACKSON told SANDERS, "I told your cousin [MARIO M. RUPLE] shit got slow [drug sales] just in case he ask you. I just feel bad. He ask me if I been alright. I was like yeah, everything been good. Shit just got slow."

204.     On or about May 17, 2023, at approximately 8:40 p.m., ALFRED SANDERS received an incoming call from RONNIE RADOVIC on the telephone. SANDERS asked, "What he want, the same thing?" RADOVIC replied, "Yeah, the ten. He want a ten this time."

SANDERS said, "Alright tell him…where you at?" RADOVIC replied, "He on his way to you if you [xxx Alberti Court, Akron, Ohio], if you on your way."

205.    On or about May 18, 2023, at approximately 6:57 p.m., ALFRED SANDERS called MARIO M. RUPLE on the telephone.  SANDERS asked, "So you don't need nothing? You want me to stop by your house so you ain't gotta move?" RUPLE replied, "I mean, I don't need nothing yet [resupply]. I probably will in about two to three days but I don't need it now. You can just get the money [drug debt] if you want." SANDERS asked, "How much you got for me?" RUPLE answered, "Nine [$900]."

206.    On or about May 20, 2023, at approximately 2:21 p.m., ALFRED SANDERS called ALGYN M. KERNEY on the telephone.  ALGYN M. KERNEY said, "Smoke. In Canton. I got here I just ran down here to Canton catch me a couple plays [drug sales]."

207.    On or about May 22, 2023, at approximately 11:21 a.m., ALFRED SANDERS called RAYCHAUN COLEMAN on the telephone.  who stated, "I just need a quarter [1/4 ounce of cocaine].  I'm about to sell this quarter to this b****." Later in the call, COLEMAN said, "It's a quarter off the top. I'll just make it $410."

208.    On or about May 24, 2023, at approximately 7:42 p.m., ALFRED SANDERS called IDRIS JACKSON on the telephone.  SANDERS said, "I'm about to um, what you talking about [drug quantity]?" JACKSON replied, "Forty [40 fentanyl pills]." SANDERS replied, "Alright."

209.    On or about May 24, 2023, at approximately 8:30 p.m., ALFRED SANDERS called ALEX R. ANDRUS on the telephone.   SANDERS said, "Shit, need you." Later in the conversation, ANDRUS said, "Alright, I'm here [xxx Winans Avenue, Akron, Ohio] man."

210.     On or about May 25, 2023, ALFRED KERNEY possessed a Ruger, model LCP, .380 caliber, handgun bearing serial number 371-199761; and a Taurus, model TCP, .380 caliber handgun with serial number 80086D, and ammunition at xxx Cree Avenue, Akron, Ohio.

211.     On or about May 25, 2023, ALFRED KERNEY possessed approximately 12.56 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx Cree Avenue, Akron, Ohio.

212.     On or about May 25, 2023, ALFRED KERNEY possessed approximately .475 grams of a mixture and substance containing a detectable amount of clonazolam, a Schedule I controlled substance, at xxx Cree Avenue, Akron, Ohio.

213.     On or about May 25, 2023, ALEX R. ANDRUS possessed approximately 89.6 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx Winans Avenue, Akron, Ohio.

214.     On or about May 25, 2023, ALEX R. ANDRUS possessed approximately 428.5 grams of methamphetamine (actual), a Schedule II controlled substance, at xxx Winans Avenue, Akron, Ohio.

215.     On or about May 25, 2023, ALEX R. ANDRUS possessed approximately 849.9 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, at xxx Winans Avenue, Akron, Ohio.

216.     On or about May 25, 2023, ALEX R. ANDRUS possessed approximately 109.71 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx Winans Avenue, Akron, Ohio.

217.     On or about May 25, 2023, ALEX R. ANDRUS possessed $12,644.00 of drug proceeds at xxx Winans Avenue, Akron, Ohio.

218.    On or about May 25, 2023, ALEX R. ANDRUS possessed a Ruger, model EC9, 9mm handgun bearing serial number 459-04895; a FN, model 509, 9mm handgun bearing serial number GKS0032693; a Smith & Wesson, handgun bearing serial number HRH4262; and ammunition at xxx Winans Avenue, Akron, Ohio.

219.    On or about May 25, 2023, GERALD ANTER possessed approximately 0.433 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx West Exchange Street, Akron, Ohio.

220.    On or about May 25, 2023, GERALD ANTER possessed A Taurus, Revolver, bearing serial number ADD190152; a Mossberg International Rifle, Model 719T, a 22 caliber, bearing serial number ELK3549066; a Maverick Arms Shotgun, Model 88, 12 gauge, bearing serial number MV0473764; a Rock Island Armory Pistol, Model 45 ACP; 45 caliber, serial number RIA2476896; a Sarsilmaz Pistol, Model, unknown, caliber unknown, bearing serial number T1102-21E56050; and a Winchester Shotgun, Model 1200, 12 gauge caliber, bearing serial number L937452, at xxx West Exchange Street, Akron, Ohio.

221.    On or about May 25, 2023, ALGYN M. KERNEY possessed approximately .131 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxxx 44th Street, Apartment #x, Canton, Ohio.

222.    On or about May 25, 2023, ALGYN M. KERNEY possessed approximately 0.271 grams of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, at xxxx 44th Street, Apartment #x, Canton, Ohio.

223.    On or about May 25, 2023, ALGYN M. KERNEY possessed .884 grams of a mixture and substance containing a detectable amount of cocaine (base), a Schedule II controlled substance. at xxxx 44th Street, Apartment #5, Canton, Ohio.

224.     On or about May 25, 2023, ALGYN M. KERNEY possessed A Grendel, Model P-10, .380 caliber, handgun, bearing serial number 08509; a Davis Industries, Model P-32, handgun, bearing serial number P128669; a Ruger, Model LCP 380, .380 Caliber, handgun, bearing serial number 371-10947; and ammunition at xxxx 44th Street, Apartment #x, Canton, Ohio.

225.     On or about May 25, 2023, MARIO M. RUPLE possessed approximately 10.974 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx East Ido Avenue, Akron, Ohio.

226.     On or about May 25, 2023, MARIO M. RUPLE possessed, a KelTec, model P-11, 9mm, handgun, bearing serial number AGB08, and ammunition at xxx East Ido Avenue, Akron, Ohio.

227.     On or about May 25, 2023, ALGYN M. KERNEY possessed approximately 29.67 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; approximately 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; approximately 3.398 grams of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance; 45.489 grams of methamphetamine (actual), a Schedule II controlled substance; approximately 10.95 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; approximately 18.635 grams of a mixture and substance containing cocaine (base), a Schedule II controlled substance; and approximately 1.052 grams of a mixture and substance containing Lysergic acid diethylamide (LSD), a Schedule I controlled substance, at xxx Paris Avenue, Akron, Ohio.

228.     On or about May 25, 2023, ALGYN M. KERNEY possessed $3,093.00 of drug proceeds at xxx Paris Avenue, Akron, Ohio.

229.     On or about May 25, 2023, ALGYN M. KERNEY possessed a Sig Sauer, model P365, 9mm handgun bearing serial number 66A353140; a SCCY, model CPX2, 9mm handgun with bearing number 083566, and ammunition at xxx Paris Avenue, Akron, Ohio.

230.     On or about May 25, 2023, ALFRED SANDERS possessed approximately .589 grams of a mixture and substance containing a detectable amount of ketamine, a Schedule III controlled substance, at xxxx Sandalwood Lane, Cuyahoga Falls, Ohio.

231.     On or about May 25, 2023, ALFRED SANDERS possessed $5,543.00 in drug proceeds xxxx Sandalwood Lane, Cuyahoga Falls, Ohio.

232.     On or about May 25, 2023, ALFRED SANDERS possessed approximately 666.6 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and approximately 34.7 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, at xxx Julien Avenue, Akron, Ohio.

233.     On or about May 25, 2023, ALFRED SANDERS possessed approximately 140 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx Alberti Court, Akron, Ohio.

234.     On or about May 25, 2023, ALFRED SANDERS possessed approximately 40.77 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and approximately 686.65 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at xxx Alberti Court, Akron, Ohio.

235.    On or about May 25, 2023, ALFRED SANDERS possessed a Hi-Point, 9mm handgun bearing serial number P086972; a American Tactical Incorporated, .223 caliber, rifle bearing serial number MSA021349, and ammunition at xxx Alberti Court, Akron, Ohio.

236.    On or about May 25, 2023, ALLISON KITCHENS possessed approximately 1.584 grams of a mixture and substance containing a detectable amount of amphetamine, a Schedule II controlled substance, at xxx Wild Cherry Drive, New Franklin, Ohio.

237.    On or about August 8, 2023, ALLISON KITCHENS possessed approximately 6.7 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, at the area of Old Main St. and Lake St., Akron, Ohio.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

238.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALFRED SANDERS, aka KING, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

239.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALFRED SANDERS, aka KING, did knowingly and intentionally possess with intent

to distribute 400 grams or more of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(A).

COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

240.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALFRED SANDERS, aka KING, did knowingly and intentionally possess with intent

to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C).

COUNT 5
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

241.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALFRED SANDERS, aka KING, knowing he had previously been convicted of

crimes punishable by imprisonment for terms exceeding one year, those being:  Possession of

Heroin, on or about November 14, 2018, in Case Number CR-2018-04-1089, in the Court of Common Pleas, Summit County, Ohio, knowingly possessed in and affecting interstate commerce firearm, to wit: a American Tactical Incorporated Rifle, 223 Caliber Rifle, bearing serial number MSA021349, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 6
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

242.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALFRED SANDERS, aka KING, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 7
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

243.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALFRED SANDERS, aka KING, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8
### (Possessing a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

244.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALFRED SANDERS, aka KING, did knowingly possess a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute a Controlled Substance, as charged in Counts 1, 2, 3, 4, 6 and 7 of the Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 9
### (Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

245.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 10
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

246.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally
possess with intent to distribute a mixture and substance containing a detectable amount of
fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,
Sections 841(a)(1) and (b)(1)(C).

COUNT 11
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

247.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally
possess with intent to distribute a mixture and substance containing a detectable amount of
oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code,
Sections 841(a)(1) and (b)(1)(C).

COUNT 12
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

248.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally
possess with intent to distribute a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance; and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 13
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

249.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 14
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

250.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 15
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

251.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally

possess with intent to distribute a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(C).

COUNT 16
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

252.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally

possess with intent to distribute a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C).

COUNT 17
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

253.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly and intentionally

possess with intent to distribute 1 gram or more of a mixture or substance containing a detectable

amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 18
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

254.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, aka CASH aka SOUND, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Conspiracy to Distribute Heroin, on or about June 1, 2015, in Case Number 1:14-CR-194-11, in the United States District Court, Northern District of Ohio; knowingly possessed in and affecting interstate commerce firearm, to wit: a Sig Sauer, Model P365, 9 mm caliber, bearing serial number 66A353140; and a SCCY Model CPX2, 9 mm caliber, bearing serial number 083566, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 19
(Felon in Possession of a Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

255.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, aka CASH aka SOUND, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Conspiracy to Distribute Heroin, on or about June 1, 2015, in Case Number 1:14-CR-194-11, in the United States District Court, Northern District of Ohio; knowingly possessed in and affecting

interstate commerce firearm, to wit: a Davis Industries, Model P-32, Pistol, bearing serial

number P128669; a Grendel, Model P-10, .380 caliber, handgun bearing serial number 08509

and a Ruger, Model LCP 380, .380 Caliber, Pistol, bearing serial number 371-10947, said

firearms having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 20
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

256.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALGYN M. KERNEY, aka CASH aka SOUND, did knowingly possess a firearm in

furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the

United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled

Substances, and Possession with Intent to Distribute a Controlled Substance, as charged in

Counts 1, 9, 10, 11, 12, 13, 14, 15, 16 and 17 of the Superseding Indictment, in violation of Title

18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 21
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

257.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MARIO M. RUPLE did knowingly and intentionally possess with the intent to

distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 22
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

258.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARIO M. RUPLE did knowingly possess a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute a Controlled Substance, as charged in Counts 1 and 21 of the Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 23
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

259.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARIO M. RUPLE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Murder and Aggravated Robbery, on or about March 31, 1992, in case number CR-1991-12-2708-A, in the Court of Common Pleas, Summit County, knowingly possessed in and affecting interstate commerce a firearm, to wit: a KelTec, model P-11, 9mm pistol, bearing serial number AGB08, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 24
(Possession with Intent to Distribute a Controlled Substance,

21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

260.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALEX R. ANDRUS, aka AL, did knowingly and intentionally possess with intent to

distribute 40 grams or more of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(B).

## COUNT 25
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

261.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALEX R. ANDRUS, aka AL, did knowingly and intentionally possess with intent to

distribute 500 grams or more of a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(B).

## COUNT 26
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

262.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,

Defendant ALEX R. ANDRUS, aka AL, did knowingly and intentionally possess with intent to

distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 27
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

263.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALEX R. ANDRUS, aka AL, did knowingly and intentionally possess with intent to
distribute 40 grams or more of a mixture and substance containing a detectable amount of
fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,
Sections 841(a)(1) and (b)(1)(B).

COUNT 28
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

264.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALEX R. ANDRUS, aka AL, did knowingly possess a firearm in furtherance of a
drug trafficking crime for which Defendant may be prosecuted in a court of the United States,
that is, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, and
Possession with Intent to Distribute a Controlled Substance as charged in Counts 1, 24, 25, 26
and 27 of the Superseding Indictment, in violation of Title 18, United States Code, Section
924(c)(1)(A)(i).

COUNT 29
(Felon in Possession of Firearm,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

265.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALEX R. ANDRUS, aka AL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of Cocaine, on or about August 24, 2005, in case number CR-2004-01-0262-B, in the Court of Common Pleas, Summit County; Possession of Cocaine, on or about May 26, 2010, in case number CR-09-05-1478, in the Court of Common Pleas, Summit County, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith & Wesson, pistol, bearing serial number HRH4262; FN, Model 509, 9mm, Pistol, bearing serial number GKS0032693; and Ruger, Model EC9, 9mm, handgun, bearing serial number 459-04895, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 30
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

266.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALFRED KERNEY did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 31
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

267.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALLISON KITCHENS, aka ALI, did knowingly and intentionally possess with the
intent to distribute a mixture and substance containing a detectable amount of amphetamine, a
Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)
and (b)(1)(C).

COUNT 32
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

268.    On or about August 8, 2023, in the Northern District of Ohio, Eastern Division,
Defendant ALLISON KITCHENS, aka ALI, did knowingly and intentionally possess with the
intent to distribute a mixture and substance containing a detectable amount of fentanyl, a
Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)
and (b)(1)(C).

COUNT 34
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

269.    On or about May 25, 2023, in the Northern District of Ohio, Eastern Division,
Defendant GERALD ANTER, aka GERRY, did knowingly and intentionally possess with the

intent to distribute a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

COUNTS 35-49

(Use of a Communications Facility to Facilitate a Felony Drug Offense,
21 U.S.C. § 843(b))

The Grand Jury further charges:

275.    On or about the dates listed below, in the Northern District of Ohio, Eastern

Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 846 and 841(a)(1):

| Count | Defendants | Date | Time (EST) |
|---|---|---|---|
| 35 | ALFRED SANDERS, aka KING, and ALGYN M. KERNEY, aka CASH aka SOUND | March 14, 2023 | 2:03 p.m. |
| 36 | ALFRED SANDERS, aka KING, and MARIO M. RUPLE | April 26, 2023 | 9:52 a.m. |
| 37 | ALFRED SANDERS, aka KING, and ALEX R. ANDRUS, aka AL | March 13, 2023 | 1:06 p.m. |
| 38 | ALFRED SANDERS, aka KING, and ALFRED KERNEY | March 28, 2023 | 7:32 p.m. |
| 39 | ALFRED SANDERS, aka KING, and ALLISON KITCHENS, aka ALI | March 27, 2023 | 8:01 p.m. |
| 40 | ALFRED SANDERS, aka KING, and IDRIS JACKSON | April 10, 2023 | 6:14 p.m. |
| 41 | ALFRED SANDERS, aka KING, and GERALD ANTER, aka GERRY | April 18, 2023 | 12:12 p.m. |
| 42 | ALFRED SANDERS, aka KING, and ANTHONY MCCLINTICK | April 12, 2023 | 1:32 p.m. |

| 43 | ALFRED SANDERS, aka KING, and DERRICK HENDERSON | March 8, 2023 | 3:40 p.m. |
| 44 | ALFRED SANDERS, aka KING, and NASSER KAHOOK, aka NORMAN | March 7, 2023 | 11:58 p.m. |
| 45 | ALFRED SANDERS, aka KING, and RONNIE RADOVIC aka RON C | April 17, 2023 | 11:33 a.m. |
| 46 | ALFRED SANDERS, aka KING, and COREY WRIGHT | April 22, 2023 | 2:37 p.m. |
| 47 | ALFRED SANDERS, aka KING, and RAYCHAUN COLEMAN, aka RAY | April 15, 2023 | 2:46 p.m. |
| 48 | ALFRED SANDERS, aka KING, and ANTONIO MCBRIDE | April 18, 2023 | 11:12 a.m. |

All in violation of Title 21, United States Code, Section 843(b).

FORFEITURE

The Grand Jury further charges:

276. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses), the allegations of Counts 1 through 48, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants ALFRED SANDERS, aka KING; ALGYN M. KERNEY, aka CASH aka SOUND; MARIO M. RUPLE; ALEX R. ANDRUS, aka AL; ALFRED KERNEY; ALLISON KITCHENS, aka ALI; IDRIS JACKSON; GERALD ANTER, aka GERRY; ANTHONY MCCLINTICK; DERRICK HENDERSON; NASSER KAHOOK, aka NORMAN; RONNIE RADOVIC aka RON C; COREY WRIGHT; RAYCHAUN COLEMAN, aka RAY; and ANTONIO MCBRIDE, shall

forfeit to the United States: (i) any and all property constituting - or derived from - any proceeds the Defendants obtained, directly or indirectly, as the result of the drug offenses; (ii) any and all of their property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses; and, (iii) any and all firearms and ammunition involved in or used in the commission of the firearms offenses; including, but not limited to, the following:

a.)    Ruger model LCP, .380 caliber, handgun with serial number 371-199761 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALFRED KERNEY.

b.)    Taurus, model TCP, .380 caliber handgun with serial number 80086D with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALFRED KERNEY.

c.)    Ruger model EC9, 9mm handgun with serial number 459-04895 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALEX R. ANDRUS.

d.)    FN model 509 9mm handgun with serial number GKS0032693 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALEX R. ANDRUS.

e.)    Smith and Wesson handgun with serial number HRH4262 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALEX R. ANDRUS.

f.)    $12,644 seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALEX R. ANDRUS.

g.)      Winchester Model 1200, 12 ga shotgun with serial number L937452 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

h.)      Sarsilmaz handgun with serial number T1102-21E6050 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

i.)      Maverick Arms model 88, 12 ga shotgun with serial number MV04473764 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

j.)      Rock Island Armory model 45 ACP handgun with serial number RIA2476896 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

k.)      Mossberg International Rifle model 7199T, .22 caliber rifle with serial number ELK3549066 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

l.)      Taurus handgun with serial number ADD190152 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of GERALD ANTER.

m.)      Grendel model 10, .380 caliber handgun with serial number 08509 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Canton, Ohio residence of ALGYN M. KERNEY.

n.) Ruger model LCP 380, .380 caliber handgun with serial number 371-10947 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Canton, Ohio residence of ALGYN M. KERNEY.

o.) Davis Industries model P-32 handgun with serial number P128669 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Canton, Ohio residence of ALGYN M. KERNEY.

p.) Keltec model P11 9mm handgun with serial number AGB08 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of MARIO M. RUPLE.

q.) $3,093 seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALGYN M. KERNEY.

r.) Sig Sauer, model P365, 9mm handgun with serial number 66A353140 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALGYN M. KERNEY.

s.) SCCY, model CPX2, 9mm handgun with serial number 083566 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALGYN M. KERNEY.

t.) $5,543 seized on May 25, 2023, pursuant to the execution of a search warrant at the Cuyahoga Falls, Ohio residence of ALFRED SANDERS.

u.) Hi-Point 9mm handgun with serial number P086972 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALFRED SANDERS.

v.)     American Tactical Incorporated .223 caliber rifle with serial number MSA021349 with firearm accessories and ammunition, seized on May 25, 2023, pursuant to the execution of a search warrant at the Akron, Ohio residence of ALFRED SANDERS.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.